# Exhibit 3

**Barclays PLC Loss Chart**
**between July 22, 2019 and October 12, 2023**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $7.150 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Samuel | 2/15/2023 | 6,000 | ($8.38) | ($50,280.00) | | | | | | | | | |
| | 3/9/2023 | 1,000 | ($7.95) | ($7,950.00) | | | | | | | | | |
| | 3/10/2023 | 500 | ($7.65) | ($3,825.00) | | | | | | | | | |
| | 3/13/2023 | 300 | ($7.26) | ($2,178.00) | | | | | | | | | |
| | 3/13/2023 | 100 | ($7.27) | ($727.00) | | | | | | | | | |
| | 3/13/2023 | 100 | ($7.27) | ($727.00) | | | | | | | | | |
| | 6/21/2023 | 1,000 | ($7.81) | ($7,810.00) | | | | | | | | | |
| | 6/21/2023 | 1,000 | ($7.78) | ($7,780.00) | | | | | | | | | |
| | 6/22/2023 | 200 | ($7.58) | ($1,516.00) | | | | | | | | | |
| | 6/22/2023 | 400 | ($7.58) | ($3,032.00) | | | | | | | | | |
| | 6/22/2023 | 200 | ($7.58) | ($1,516.00) | | | | | | | | | |
| | 6/22/2023 | 100 | ($7.58) | ($758.00) | | | | | | | | | |
| | 6/22/2023 | 100 | ($7.59) | ($759.00) | | | | | | | | | |
| | 8/1/2023 | 500 | ($7.88) | ($3,940.00) | | | | | | | | | |
| | | 11,500 | | ($92,798.00) | | | | | 11,500 | $ 82,225.00 | ($10,573.00) | | |