ROBBINS GELLER RUDMAN
    & DOWD LLP
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BARCLAYS PLC, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>DECLARATION OF MICHAEL ALBERT IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:　　　February 22, 2024<br>TIME:　　　10:00 a.m.<br>CTRM:　　　8B, 8th Floor<br>JUDGE:　　　Hon. Maame Ewusi-Mensah Frimpong |

4865-9584-1946.v1

I, Michael Albert, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Teamsters Local 237 Additional Security Benefit Fund and Supplemental Fund for Housing Authority Employees (the "Teamsters Funds"), and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Teamsters Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on November 1, 2023;

Exhibit B:   The Teamsters Funds' sworn Certifications; and

Exhibit C:   The Teamsters Funds' estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of January, 2024.

                                s/ Michael Albert
                                MICHAEL ALBERT

4865-9584-1946.v1