# EXHIBIT A

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of Barclays PLC Investors – BCS, BCLYF

🌐 businesswire.com/news/home/20231101435337/en/EQUITY-ALERT-Rosen-Law-Firm-Files-Securities-Class-Action-Lawsuit-on-Behalf-of-Barclays-PLC-Investors-–-BCS-BCLYF

November 1, 2023

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Barclays PLC (NYSE: BCS) (OTC: BCLYF) between July 22, 2019 and October 12, 2023, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Barclays investors under the federal securities laws.

To join the Barclays class action, go to https://rosenlegal.com/submit-form/?case_id=19796 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

According to the lawsuit, defendants throughout the Class Period made materially false and/or misleading statements and/or failed to disclose that: (1) Contrary to his false public assertions, Jes Staley had a very close relationship with Jeffrey Epstein; (2) Staley was reportedly aware of Jeffrey Epstein's criminal activities and may have even sexually assaulted a victim who had previously been trafficked by Jeffrey Epstein; (3) Staley's close, personal relationship with Jeffrey Epstein, and potential criminal activity, if discovered, could bring reputational, legal, and financial harm to Barclays; (4) as a result, Barclays response to the FCA's inquiry regarding Staley's relationship with Epstein was materially false; (5) Barclays, having become aware of information contradicting its response to the FCA's inquiry, then failed to update the response so that it would be accurate, or otherwise take any meaningful action; and (6) that as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than January 2, 2024.** A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=19796 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

Exhibit A
002          1/2

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS
CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE.
YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT
CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO
SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING
AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or
on Twitter: https://twitter.com/rosen_firm or on Facebook:
https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in
securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked
No. 1 by ISS Securities Class Action Services for number of securities class action
settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen
Law Firm has achieved the largest ever securities class action settlement against a Chinese
Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent
and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for
investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.