# EXHIBIT C

Exhibit C
009

Movants' Purchases and Losses | Case 2:23-cv-09217-MEMF-KS Document 19-3 Filed 01/02/24 Page 2 of 2 Page ID #:127 | Barclays PLC (Q4 2023)

Class Period: 07/22/2019 - 10/12/2023

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Teamsters Local 237 Additional Security Benefit Fund** | 06/10/2021 | 8,847 | $10.32 | $91,298.39 | 11/30/2023 | 1,905 | $7.20 | $13,717.99 | |
| | 06/28/2021 | 9,567 | $9.75 | $93,299.30 | held | 24,341 | $7.12 | $173,395.18 | |
| | 08/19/2021 | 2,931 | $9.95 | $29,164.33 | | | | | |
| | 09/09/2021 | 4,901 | $10.24 | $50,179.87 | | | | | |
| | | **26,246** | | **$263,941.89** | | **26,246** | | **$187,113.17** | **($76,828.72)** |
| **Teamsters Local 237 Supplemental Fund for Housing Authority Employees** | 06/10/2021 | 4,094 | $10.32 | $42,248.85 | 11/30/2023 | 883 | $7.20 | $6,358.52 | |
| | 06/28/2021 | 4,427 | $9.75 | $43,172.99 | held | 11,263 | $7.12 | $80,232.94 | |
| | 08/19/2021 | 1,356 | $9.95 | $13,492.61 | | | | | |
| | 09/09/2021 | 2,269 | $10.24 | $23,231.61 | | | | | |
| | | **12,146** | | **$122,146.06** | | **12,146** | | **$86,591.46** | **($35,554.60)** |
| **Movants' Total** | | **38,392** | | **$386,087.95** | | **38,392** | | **$273,704.63** | **($112,383.32)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $7.12 as of December 28, 2023 for ADR.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded to two decimal places.

Exhibit C
010