Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for David Samuel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, JAMES E STALEY, TUSHAR MORZARIA, C.S. VENKATAKRISHNAN, and ANNA CROSS,<br><br>Defendants. | No. 2:23-cv-09217-MEMF-KS<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF DAVID SAMUEL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Maame Ewusi-Mensah Frimpong<br>HEARING: May 30, 2024<br>TIME: 10:00 a.m.<br>CTRM: 8B, 8th Floor |

1  Movant David Samuel ("Movant") hereby withdraws his motion for
2  appointment as Lead Plaintiff and approval of Lead Plaintiff's selection of counsel.
3  Dkt. No. 12. Having reviewed the competing motion filed in the action, Movant
4  does not appear to have the largest financial interest.

5  This withdrawal shall have no impact on Movant's membership in the
6  proposed class, Movant's right to share in any recovery obtained for the benefit of
7  class members, and Movant's ability to serve as a representative party should the
8  need arise.

Dated: January 18, 2024                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
<u>/s/ Laurence M. Rosen</u>
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for David Samuel*

2
NOTICE OF WITHDRAWAL OF MOTION OF DAVID SAMUEL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL - CASE NO. 2:23-cv-09217-MEMF-KS

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 18, 2024, I electronically filed the following **NOTICE OF WITHDRAWAL OF MOTION OF DAVID SAMUEL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 18, 2024.

/s/ Laurence Rosen
Laurence M. Rosen