ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>BARCLAYS PLC, et al.,<br><br>       Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>CLASS ACTION<br><br>THE TEAMSTERS FUNDS' REPLY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF<br><br>DATE: May 30, 2024<br>TIME: 10:00 a.m.<br>CTRM: 8B, 8th Floor<br>JUDGE: Hon. Maame Ewusi- Mensah Frimpong |

4885-4648-3615.v1

Teamsters Local 237 Additional Security Benefit Fund and Supplemental Fund for Housing Authority Employees (the "Teamsters Funds") respectfully inform the Court that the Teamsters Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") (ECF 17) is unopposed. The only competing movant, David Samuel, filed a withdrawal of his motion and defendants have not opposed the Motion. *See* ECF 25; L.R. 7-9.

As noted in their Motion, the Teamsters Funds have a substantial interest in the relief sought by the class, having suffered approximately $112,383 in losses as a result of the alleged wrongdoing and satisfy the typicality and adequacy requirements of Rule 23. *See* ECF 17 at 3-5. In addition, the Teamsters Funds selected competent, experienced, and qualified counsel – Robbins Geller Rudman & Dowd LLP – to represent the putative class as Lead Counsel. *See id.* at 5-6. Accordingly, as the Teamsters Funds satisfy the Private Securities Litigation Reform Act of 1995 requirements for appointment as lead plaintiff and their Motion is unopposed, the Motion should be granted.

DATED: January 23, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL A. TRONCOSO
DANIELLE S. MYERS
MICHAEL ALBERT

s/ Michael Albert
MICHAEL ALBERT

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 1 -

4885-4648-3615.v1