ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BARCLAYS PLC, et al., <br><br> Defendants. | Case No. 2:23-cv-09217-MEMF-KS <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF WAIVER OF ORAL ARGUMENT ON TEAMSTERS LOCAL 237 ADDITIONAL SECURITY BENEFIT FUND AND SUPPLEMENTAL FUND FOR HOUSING AUTHORITY EMPLOYEES' UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF (ECF 17) <br><br> DATE:    May 9, 2024 <br> TIME:    10:00 a.m. <br> CTRM:    8B <br> JUDGE:   Hon. Maame Ewusi-Mensah Frimpong |

4882-6187-6922.v1

Pursuant to Local Civil Rule 7-15, the Teamsters Local 237 Additional Security Benefit Fund and Supplemental Fund for Housing Authority Employees (the "Teamsters Funds") hereby advise the Court of the waiver of oral argument on the Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel (ECF 17) noticed for hearing on May 9, 2024 at 10:00 a.m.

On January 18, 2024, the only competing movant, David Samuel, withdrew his motion. *See* ECF 25. Accordingly, the Teamsters Funds' motion is unopposed and should be granted without a hearing.

DATED: May 1, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
MICHAEL A. TRONCOSO
DANIELLE S. MYERS
MICHAEL ALBERT

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 1 -

4882-6187-6922.v1