UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BARCLAYS PLC, et al.,<br><br>                    Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULING FOR THE AMENDED COMPLAINT AND EXTENDING TIME TO RESPOND THERETO [ECF NO. 34] |

On June 26, 2024, the Parties filed a Joint Stipulation Regarding Scheduling for the Amended Complaint and Extending Time to Respond Thereto ("Joint Stipulation"):

The Court, having considered the Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Lead Plaintiff will file an amended complaint on or before August 12, 2024;

2. Defendants will answer, move, or otherwise respond to the amended complaint on or before October 11, 2024;

3. If Defendants move to dismiss, Lead Plaintiff will file any opposition to the motion by December 10, 2024; and

4. If Defendants move to dismiss, Defendants will file any reply in support of the motion to dismiss by January 23, 2025.

IT IS SO ORDERED.

DATED: July 15, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge