PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

SCOTT D. MUSOFF (admitted *pro hac vice*)
scott.musoff@skadden.com
BORIS BERSHTEYN (admitted *pro hac vice*)
boris.bershteyn@skadden.com
LARA A. FLATH (admitted *pro hac vice*)
lara.flath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendants*
BARCLAYS PLC and NIGEL HIGGINS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, JAMES E STALEY, and NIGEL HIGGINS,<br><br>Defendants. | CASE NO.: 2:23-cv-09217-MEMF-KS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Ctrm: 8B<br>Complaint Filed: November 1, 2023 |

Lead Plaintiff Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees ("Lead Plaintiff") and defendants Barclays PLC, James E. Staley, and Nigel Higgins (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), through the undersigned counsel, hereby agree and stipulate to the following matters:

**WHEREAS**, on November 1, 2023, Stephen Merritt filed a complaint in the above-captioned case (the "Complaint") asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission (17 C.F.R. §240.10b-5) (ECF No. 1);

**WHEREAS**, on June 11, 2024, the Court appointed Lead Plaintiff and approved Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel (ECF No. 31);

**WHEREAS**, on July 15, 2024, the Court granted the Parties' Joint Stipulation Regarding Scheduling for the Amended Complaint and Extending Time to Respond Thereto (ECF. No. 51) with the following schedule: Lead Plaintiff to file an amended complaint by August 12, 2024; Defendants to answer, move or otherwise respond to the amended complaint on or before October 11, 2024; if Defendants move to dismiss, Lead Plaintiff to file any opposition to the motion by December 10, 2024; and Defendants to file any reply in support of any motion to dismiss by January 23, 2025 (ECF No. 34);

**WHEREAS**, on August 12, 2024, Lead Plaintiff filed the Amended Class Action Complaint for Violations of the Securities Laws of the United States and the United Kingdom (the "Amended Complaint") (ECF No. 52), which continues to assert claims under the Exchange Act against previously named defendants Barclays PLC and Staley but adds new defendant Higgins as well as a claim under Section 90A of the United Kingdom's Financial Services and Markets Act ("FSMA") against Barclays PLC;

**WHEREAS**, Defendants have confirmed that they intend to move to dismiss the Amended Complaint;

**WHEREAS**, pursuant to Local Rule 7-3, the Parties have conferred and reached agreement on a modest extension for Defendants to file such motion (which would, among other things, address the newly added FSMA claim and reflect the position of the newly named defendant) and a corresponding extension for Lead Plaintiff to file its opposition;

**WHEREAS**, the schedule proposed herein is made in the interest of fairness and efficiency in this action, is not intended to delay the proceedings and will not prejudice any party;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Lead Plaintiff and Defendants, that, subject to the Court's approval:

1. Defendants will move to dismiss the Amended Complaint on or before October 30, 2024;

2. Lead Plaintiff will file its opposition to the motion by January 17, 2025;

3. Defendants will file any reply in support of the motion to dismiss by February 28, 2025.

4. Nothing herein shall be deemed to constitute a waiver of any rights, objections or defenses (including, but not limited to, jurisdictional defenses) that any party may have with respect to this action or to the claims asserted in any complaint, and is without prejudice to any other or further application by a party to this Court or any other court.

DATED: September 20, 2024

    Respectfully submitted,

    **ROBBINS GELLER RUDMAN & DOWD LLP**

    By: */s/ Ashley M. Price*
      Ashley M. Price

    ROBBINS GELLER RUDMAN
    & DOWD LLP
    MICHAEL A. TRONCOSO
    DANIELLE S. MYERS
    ASHLEY M. PRICE
    JACOB G. GELMAN
    655 West Broadway, Suite 1900
    San Diego, CA 92101-8498
    Telephone: 619/231-1058
    619/231-7423 (fax)
    mtroncoso@rgrdlaw.com
    dmyers@rgrdlaw.com
    aprice@rgrdlaw.com

    ROBBINS GELLER RUDMAN
    & DOWD LLP
    SHAWN A. WILLIAMS
    JACOB G. GELMAN
    Post Montgomery Center
    One Montgomery Street, Suite 1800
    San Francisco, CA 94104
    Telephone: 415/288-4545
    415/288-4534 (fax)
    shawnw@rgrdlaw.com
    jgelman@rgrdlaw.com

    *Lead Counsel for Lead Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: */s/ Peter B. Morrison*
Peter B. Morrison

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Email: peter.morrison@skadden.com
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
SCOTT D. MUSOFF
(admitted *pro hac vice*)
BORIS BERSHTEYN
(admitted *pro hac vice*)
LARA A. FLATH
(admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
scott.musoff@skadden.com
boris.bershteyn@skadden.com
lara.flath@skadden.com

*Attorneys for Defendants Barclays PLC and Nigel Higgins*

I, Peter B. Morrison, attest that all other signatories listed, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.

5
JOINT STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT

|   |   |
|---|---|
| 1 | |
| 2 | **WILLIAMS & CONNOLLY LLP** |
| 3 | By: */s/ John M. McNichols* |
|   | John M. McNichols (admitted *pro hac vice*) |
| 4 | 680 Maine Avenue SW |
| 5 | Washington, DC 20024 |
|   | Telephone: 202/434-5800 |
| 6 | 202/434-5029 (fax) |
|   | jmcnichols@wc.com |
| 7 | WILLIAMS & CONNOLLY LLP |
| 8 | BRENDAN V. SULLIVAN, JR. |
|   | (admitted *pro hac vice*) |
| 9 | STEPHEN L. WOHGELMUTH |
|   | (admitted *pro hac vice*) |
| 10 | 680 Maine Avenue SW |
|   | Washington, DC 20024 |
| 11 | Telephone: 202/434-5800 |
|   | 202/434-5029 (fax) |
| 12 | bsullivan@wc.com |
|   | swohlgemuth@wc.com |
| 13 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 14 | KATHLEEN HARRIS |
|   | Tower 42 |
| 15 | 25 Old Broad Street |
|   | London EC2N 1HQ |
| 16 | United Kingdom |
|   | Telephone: +44 (0)20 7786 6100 |
| 17 | +44 (0)20 7786 6299 (fax) |
|   | kathleen.harris@arnoldporter.com |
| 18 | *Attorneys for Defendant James E. Staley* |