UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JAMES E. STALEY'S MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT [ECF NO. 56]** |

On October 30, 2024, Defendant James E. Staley moved to dismiss Plaintiff's Amended Class Action Complaint for violations of Section 10(b) of the 1934 Securities Exchange Act and Rule 10b-5 thereunder for alleged material misstatements that inflated Barclays' stock prices during the class period, either made by him or attributable to him or attributable to him under Section 20(a) of the same Act.

The court, having considered Mr. Staley's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1.  Plaintiffs' claims for violations of Section 10(b) and Rule 10b-5 of the Securities Exchange Act against Mr. Staley are dismissed with prejudice.

2.  Plaintiffs' claims for violations of Section 20(a) of the Securities Exchange Act against Mr. Staley are dismissed with prejudice.

IT IS SO ORDERED.


Dated: _____ __, 2024                    _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge