UMHOFER, MITCHELL & KING LLP
MATTHEW DONALD UMHOFER (SBN 206607)
ELIZABETH MITCHELL (SBN 251139)
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: 213/394-7979
matthew@umklaw.com
elizabeth@umklaw.com

– and –

WILLIAMS & CONNOLLY LLP
BRENDAN V. SULLIVAN, JR. (admitted *pro hac vice*)
JOHN M. MCNICHOLS (admitted *pro hac vice*)
STEPHEN L. WOHLGEMUTH (admitted *pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: 202/434-5800
bsullivan@wc.com
jmcnichols@wc.com
swohlgemuth@wc.com

Counsel for Defendant James E. Staley

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>BARCLAYS BANK PLC, et al.,<br><br>                              Defendants. | ) Case No. 2:23-cv-09217-MEMF-KS<br>)<br>) **DEFENDANT JAMES E. STALEY'S**<br>) **REQUEST FOR JUDICIAL NOTICE IN**<br>) **SUPPORT OF DEFENDANT'S MOTION TO**<br>) **DISMISS THE AMENDED CLASS ACTION**<br>) **COMPLAINT**<br>)<br>)<br>) Date: March 20, 2025<br>) Time: 10:00 A.M.<br>) Courtroom: 8B<br>) Hon. Maame Ewusi-Mensah Frimpong<br>) |

DEFENDANT JAMES E. STALEY'S REQUEST FOR JUDICIAL NOTICE

## **REQUEST FOR JUDICIAL NOTICE**

Defendant James E. Staley respectfully requests that the Court take judicial notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence.

| **Ex.** | **Description** |
|---|---|
| 01 | *The New York Times* article dated July 22, 2019 |
| 02 | Barclays PLC, Annual Report (Form 20-F) dated February 13, 2020 (excerpt) |
| 03 | *Financial Times* article dated November 12, 2021 |
| 04 | *Financial Mail on Sunday* article dated November 28, 2021 |
| 05 | The Government of the U.S. Virgin Islands' unredacted complaint against JPMorgan in *Gov't of the U.S. Virgin Islands v. JPMorgan Chase Bank, N.A.*, No. 1:22-cv-10904 (S.D.N.Y) dated February 15, 2023 (excerpt) |
| 06 | The Financial Conduct Authority Decision Notice for James Staley dated May 30, 2023 |
| 07 | Barclays' historical stock information from September 1, 2023 through December 31, 2023 |

In assessing securities fraud claims, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Under Rule 201, a court may judicially notice facts that: "(1) [are] generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).  On a motion to dismiss, a court may judicially notice a document not attached to the complaint if it complies with Rule 201 and "(1) the complaint refers to the document; (2) the document is central to the plaintiff's claim; and (3) no party questions the authenticity of the document." *Brown v. Assentato*, 2024 WL 4341716, at * 4 (C.D. Cal. Sept. 27, 2024) (quoting *United States v. Corinthian*

DEFENDANT JAMES E. STALEY'S REQUEST FOR JUDICIAL NOTICE

*Colls.*, 655 F.3d 984, 999 (9th Cir. 2011)). For the reasons set forth below, judicial notice of the above-listed items is warranted.

### A.    Barclays' 2019 Form 20-F and Historical Stock Prices

Courts in the Ninth Circuit frequently take judicial notice of a company's public SEC filings and its published stock prices. *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006); *In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 816 (C.D. Cal. 2004) (citations omitted). Because SEC filings are "matters of public record not subject to reasonable dispute[,]" they are judicially noticeable. *In re Facebook, Inc. Sec. Litig.*, 405 F. Supp. 3d 809, 827 (N.D. Cal. 2019). Further, a public company's "historical stock prices can be readily ascertained and those prices are not subject to reasonable dispute," meaning "courts routinely take judicial notice of them." *Okla. Firefighters Pension & Ret. Sys. v. IXIA*, 50 F. Supp. 3d 1328, 1349 (C.D. Cal. 2014). The Ninth Circuit frequently notices both types of documents in fraud-on-the-market cases, particularly those that are also referenced in the complaint. *See Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008); *Ramos v. Comerica, Inc.*, 2024 WL 2104398 at *1 n.1 (C.D. Cal., Apr. 12, 2024).

Exhibit 02 consists of excerpts from Barclays' 2019 Form 20-F,[1] filed with the SEC, which is referenced in the complaint as Barclays' "2019 Annual Report." See Am. Compl. ¶¶ 22, 68-70. Exhibit 07 is Barclays' historical stock price data on the New York and London Stock Exchanges, which are referenced in the complaint. *See, e.g.*, *id.* ¶¶ 30, 113. Defendant Staley respectfully requests that the Court take judicial notice of the above-referenced documents in support of its Motion to Dismiss.

### B.    Assorted Press Articles

Courts may take judicial notice of newspaper articles to "indicate what was in the public realm at the time, not whether the contents of those articles were in fact true." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010). The Ninth Circuit regularly notices newspaper articles in securities fraud cases for context, not their truth, especially if they are

---

[1] The annual reports mentioned in Plaintiffs' Amended Complaint were filed with the SEC as form 20-Fs and not form 10-Ks because Barclays is a British entity.

DEFENDANT JAMES E. STALEY'S REQUEST FOR JUDICIAL NOTICE

otherwise referenced in plaintiff's complaint. *See Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999) (taking "judicial notice that the market was aware of the information contained in news articles submitted by the defendants"); *In re Am. Apparel, Inc. S'holder Litig.*, 855 F. Supp. 2d 1043, 1062 (C.D. Cal. 2012) ("Taking judicial notice of news reports and press releases is appropriate for show[ing] 'that the market was aware of the information contained in news articles'" (citations omitted)); *Ramos*, 2024 WL 2104398 at *1 n.1 (granting judicial notice of an article referenced in plaintiff's complaint).

Exhibit 03 is the article from *The New York Times* titled "Jeffrey Epstein's Deep Ties to Top Wall Street Figures" published July 22, 2019, which is selectively quoted and referenced in the complaint.  Am. Compl. ¶¶ 14-16, 52-53.  Exhibit 04 is the article from the *Financial Times* titled "Jes Staley exchanged 1,200 emails with Epstein that included unexplained phrases" published November 12, 2021, which is selectively quoted and referenced in the complaint.  *Id.* ¶¶ 85-86.  Exhibit 05 is the article from the *Financial Mail on Sunday* titled "Barclays boss calls top shareholders to warn messages between Jeffrey Epstein and former boss Jes Staley are 'uncomfortable' reading" published on November 28, 2021, which is selectively quoted and referenced in the complaint.  *Id.* ¶ 87.  Because the articles are specifically referenced in the complaint and are relevant for showing information in the public realm during the class period, we ask that the court take judicial notice of them.

### C.    USVI Complaint and FCA Decision Notice

Courts routinely take judicial notice of "matters of public record," such as complaints filed in federal district courts.  *See MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (taking judicial notice of a motion to dismiss filed in a separate, prior matter); *Ray v. Lara*, 31 F.4th 692, 702 n.4 (9th Cir. 2022) ("We may take judicial notice of district court records.").  Furthermore, matters of public record published by a foreign agency may also be judicially noticed. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1001-02 (9th. Cir. 2018) (taking judicial notice of a document published by a foreign agency because it was "of the same type as other governmental documents which courts have judicially noticed").

Exhibit 05 consists of excerpts of the complaint from the USVI litigation as unredacted on February 15, 2023, which is selectively quoted and referenced in the complaint.  Am. Compl. ¶¶ 28,

3

DEFENDANT JAMES E. STALEY'S REQUEST FOR JUDICIAL NOTICE

81(a)(iv), 93, 95.  Exhibit 06 is the complete Staley Decision Notice from the FCA, which is selectively quoted and referenced in the complaint.  *Id.* ¶¶ 4, 19-20, 29, 56(c)-(f), 60, 62-63, 81(e), 91(a), 91(c), 105-10.  Because the complaint and Decision Notice are specifically referenced in Plaintiffs' Amended Complaint and are relevant for showing information in the public realm during the class period, we ask that the court take judicial notice of them.  Moreover, although the FCA Decision Notice itself is not attached to Plaintiffs' Amended Complaint, the FCA's conclusions about Defendants' public statements are extensively cited and central to Plaintiffs' claims.

DATE: October 30, 2024                          UMHOFER, MITCHELL & KING LLP


                                                s/ Elizabeth A. Mitchell
                                                Matthew Donald Umhofer
                                                Elizabeth A. Mitchell

                                                WILLIAMS & CONNOLLY LLP

                                                Brendan V. Sullivan, Jr. (admitted *pro hac vice*)
                                                John M. McNichols (admitted *pro hac vice*)
                                                Stephen L. Wohlgemuth (admitted *pro hac vice*)

                                                Counsel for Defendant James E. Staley

---

4

DEFENDANT JAMES E. STALEY'S REQUEST FOR JUDICIAL NOTICE