UMHOFER, MITCHELL & KING LLP
MATTHEW DONALD UMHOFER (SBN 206607)
ELIZABETH MITCHELL (SBN 251139)
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone:  213/394-7979
matthew@umklaw.com
elizabeth@umklaw.com

– and –

WILLIAMS & CONNOLLY LLP
BRENDAN V. SULLIVAN, JR. (admitted *pro hac vice*)
JOHN M. MCNICHOLS (admitted *pro hac vice*)
STEPHEN L. WOHLGEMUTH (admitted *pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:  202/434-5800
bsullivan@wc.com
jmcnichols@wc.com
swohlgemuth@wc.com

Counsel for Defendant James E. Staley

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>BARCLAYS BANK PLC, et al.,<br><br>                              Defendants. | ) Case No. 2:23-cv-09217-MEMF-KS<br>)<br>) **DECLARATION OF ELIZABETH A.**<br>) **MITCHELL IN SUPPORT OF REQUEST**<br>) **FOR JUDICIAL NOTICE IN SUPPORT OF**<br>) **DEFENDANT JAMES E. STALEY'S**<br>) **MOTION TO DISMISS THE AMENDED**<br>) **CLASS ACTION COMPLAINT**<br>)<br>) Date: March 20, 2025<br>) Time: 10:00 A.M.<br>) Courtroom: 8B<br> Hon. Maame Ewusi-Mensah Frimpong |

DECLARATION OF ELIZABETH A. MITCHELL

I, Elizabeth A. Mitchell, hereby declare as follows:

1.      I am an attorney at the law firm of Umhofer, Mitchell & King LLP, counsel to Defendant James Staley ("Defendant") in this matter. I submit this declaration in support of Defendant James E. Staley's Motion to Dismiss the Amended Class Action Complaint. Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit 01 is a true and correct copy of *The New York Times* article dated July 22, 2019, that is referenced in Plaintiffs' Amended Complaint.

3.      Attached as Exhibit 02 is a true and correct copy of relevant excerpts from Barclays PLC's Annual Report (Form 20-F) dated February 13, 2020 that is referenced in Plaintiffs' Amended Complaint.

4.      Attached as Exhibit 03 is a true and correct copy of the *Financial Times* article dated November 12, 2021, that is referenced in Plaintiffs' Amended Complaint.

5.      Attached as Exhibit 04 is a true and correct copy of the *Financial Mail on Sunday* article dated November 28, 2021, that is referenced in Plaintiffs' Amended Complaint.

6.       Attached as Exhibit 05 is a true and correct copy of relevant excerpts from The Government of the U.S. Virgin Islands' unredacted complaint against JPMorgan in *Gov't of the U.S. Virgin Islands v. JPMorgan Chase Bank, N.A.*, No. 1:22-cv-10904 (S.D.N.Y) as unredacted on February 15, 2023 that is referenced in Plaintiffs' Amended Complaint.

7.      Attached as Exhibit 06 is a true and correct copy of The Financial Conduct Authority Decision Notice for James Staley dated May 30, 2023, that is referenced in Plaintiffs' Amended Complaint.

8.      Attached as Exhibit 07 is a true and correct copy of Barclays' historical stock information from September 1, 2023 through December 31, 2023 that is referenced in Plaintiffs' Amended Complaint.

//

//

//

1

DECLARATION OF ELIZABETH A. MITCHELL

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 30, 2024 at Los Angeles, California.

/s/ Elizabeth A. Mitchell
Elizabeth A. Mitchell

DECLARATION OF ELIZABETH A. MITCHELL