# EXHIBIT 2

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549

**FORM 20-F**

(Mark One)

☐    REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☑    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2019

OR

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

OR

☐    SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Date of event requiring this shell company report _____

Commission file number          Barclays Bank PLC          1-10257

**BARCLAYS BANK PLC**
(Exact Name of Registrant as Specified in its Charter)

ENGLAND
(Jurisdiction of Incorporation or Organization)

1 CHURCHILL PLACE, LONDON E14 5HP, ENGLAND
(Address of Principal Executive Offices)

**GARTH WRIGHT, +44 (0)20 7116 3170, GARTH.WRIGHT@BARCLAYS.COM**
**1 CHURCHILL PLACE, LONDON E14 5HP, ENGLAND**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

As a wholly-owned subsidiary of Barclays PLC, which is a reporting company under the Securities Exchange Act of 1934, Barclays Bank PLC meets the conditions set forth in General Instruction I(1)(a) and (b) of Form 10-K, as applied to annual reports on Form 20-F, and is therefore filing this Form 20-F with a reduced disclosure format.

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange On Which Registered |
|---|---|---|
| 2.650% Fixed Rate Senior Notes due 2021 | BCS21E | New York Stock Exchange |
| Floating Rate Notes due 2021 | BCS21D | New York Stock Exchange |
| 5.140% Lower Tier 2 Notes due October 2020 | BCS/20 | New York Stock Exchange |
| iPath® Bloomberg Commodity Index Total Return$^{SM}$ ETN | DJP | NYSE Arca |
| iPath® Series B Bloomberg Agriculture Subindex Total Return$^{SM}$ ETN | JJA | NYSE Arca |
| iPath® Series B Bloomberg Aluminum Subindex Total Return$^{SM}$ ETN | JJU | NYSE Arca |
| iPath® Bloomberg Cocoa Subindex Total Return$^{SM}$ ETN | NIB | NYSE Arca |
| iPath® Series B Bloomberg Coffee Subindex Total Return$^{SM}$ ETN | JO | NYSE Arca |

| Security | Ticker | Exchange |
|---|---|---|
| iPath® Series B Bloomberg Copper Subindex Total Return℠ ETN | JJC | NYSE Arca |
| iPath® Series B Bloomberg Cotton Subindex Total Return℠ ETN | BAL | NYSE Arca |
| iPath® Series B Bloomberg Energy Subindex Total Return℠ ETN | JJE | NYSE Arca |
| iPath® Series B Bloomberg Grains Subindex Total Return℠ ETN | JJG | NYSE Arca |
| iPath® Series B Bloomberg Industrial Metals Subindex Total Return℠ ETN | JJM | NYSE Arca |
| iPath® Bloomberg Lead Subindex Total Return℠ ETN | LD | NYSE Arca |
| iPath® Series B Bloomberg Livestock Subindex Total Return℠ ETN | COW | NYSE Arca |
| iPath® Series B Bloomberg Nickel Subindex Total Return℠ ETN | JJN | NYSE Arca |
| iPath® Series B Bloomberg Platinum Subindex Total Return℠ ETN | PGM | NYSE Arca |
| iPath® Series B Bloomberg Precious Metals Subindex Total Return℠ ETN | JJP | NYSE Arca |
| iPath® Series B Bloomberg Softs Subindex Total Return℠ ETN | JJS | NYSE Arca |
| iPath® Series B Bloomberg Sugar Subindex Total Return℠ ETN | SGG | NYSE Arca |
| iPath® Series B Bloomberg Tin Subindex Total Return℠ ETN | JJT | NYSE Arca |
| iPath® Series B Bloomberg Natural Gas Subindex Total Return℠ ETN | GAZ | NYSE Arca |
| iPath® S&P GSCI® Total Return Index ETN | GSP | NYSE Arca |
| iPath® Series B S&P GSCI Crude Oil Return Index ETN | OIL | NYSE Arca |
| iPath® Pure Beta Broad Commodity ETN | BCM | NYSE Arca |
| iPath® Pure Beta Crude Oil ETN | OLEM | NYSE Arca |
| iPath® Series B Carbon ETN | GRN | NYSE Arca |
| iPath® Gold ETN | GBUG | NYSE Arca |
| iPath® Silver ETN | SBUG | NYSE Arca |
| Barclays ETN+ Shiller CAPE™ ETNs | CAPE | NYSE Arca |
| Barclays ETN+ FI Enhanced Europe 50 ETN Series C | FFEU | NYSE Arca |
| Barclays ETN+ FI Enhanced Global High Yield ETN Series B | FIYY | NYSE Arca |
| Barclays ETN+ FI Enhanced Europe 50 ETN Series B | FLEU | NYSE Arca |
| iPath® Series B S&P 500 VIX Short-Term Futures™ ETNs | VXX | CBOE BZX Exchange |
| iPath® Series B S&P 500 VIX Mid-Term Futures™ ETNs | VXZ | CBOE BZX Exchange |
| iPath® S&P MLP ETN | IMLP | CBOE BZX Exchange |
| iPath® S&P 500 Dynamic VIX ETN | XVZ | CBOE BZX Exchange |
| Barclays ETN+ Select MLP ETN | ATMP | CBOE BZX Exchange |
| Barclays ETN+ S&P VEQTOR™ ETN | VQT | CBOE BZX Exchange |
| Barclays Women in Leadership ETN | WIL | CBOE BZX Exchange |
| Barclays Return on Disability ETN | RODI | CBOE BZX Exchange |
| iPath® US Treasury Steepener ETN | STPP | CBOE BZX Exchange |

| | | |
|---|---|---|
| iPath® US Treasury Flattener ETN | FLAT | CBOE BZX Exchange |
| iPath® US Treasury 2-year Bull ETN | DTUL | CBOE BZX Exchange |
| iPath® US Treasury 2-year Bear ETN | DTUS | CBOE BZX Exchange |
| iPath® US Treasury 5-year Bull ETN | DFVL | CBOE BZX Exchange |
| iPath® US Treasury 5-year Bear ETN | DFVS | CBOE BZX Exchange |
| iPath® US Treasury 10-year Bull ETN | DTYL | CBOE BZX Exchange |
| iPath® US Treasury 10-year Bear ETN | DTYS | CBOE BZX Exchange |
| iPath® US Treasury Long Bond Bear ETN | DLBS | CBOE BZX Exchange |
| Barclays Inverse US Treasury Composite ETN | TAPR | CBOE BZX Exchange |

Securities registered or to be registered pursuant to Section 12(g) of the Act: None

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: None

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

| | |
|---|---|
| £1 ordinary shares | 2,342,558,515 |
| £1 preference shares | 1,000 |
| €100 preference shares | 31,856 |
| $100 preference shares | 58,133 |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☐   No ☑

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act 1934.

Yes ☐   No ☑

Note – Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☑   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "large accelerated filer", "accelerated filer" and "emerging growth company" in Rule 12b-2 of the Exchange Act:

Large Accelerated Filer ☐          Accelerated Filer ☐          Non-Accelerated Filer ☑          Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

*Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐

International Financial Reporting Standards as issued by the International Accounting Standards Board  ☑

Other ☐

*If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow:

Item 17 ☐

Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐    No ☑

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Section 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.

Yes ☐    No ☐

SEC Form 20-F Cross reference information

| Form 20-F item number | | | Page and caption references in this document* |
|---|---|---|---|
| 1 | | Identity of Directors, Senior Management and Advisers | Not applicable |
| 2 | | Offer Statistics and Expected Timetable | Not applicable |
| 3 | | Key Information | |
| | A. | Selected financial data | Omitted |
| | B. | Capitalization and indebtedness | Not applicable |
| | C. | Reason for the offer and use of proceeds | Not applicable |
| | D. | Risk factors | 25-36 |
| 4 | | Information on the Company | |
| | A. | History and development of the company | Omitted |
| | B. | Business overview | i (Market and other data), 88-94, 110-111 (Note 2), 211 |
| | C. | Organizational structure | 182-187 (Notes 33 and 34), 208-210 |
| | D. | Property, plants and equipment | 154-156 (Note 20) |
| 4A | | Unresolved staff comments | Not applicable |
| 5 | | Operating and Financial Review and Prospects | |
| | A. | Operating results | 28-36, 39-43, 78, 84-94, 127-136 (Note 13), 211 |
| | B. | Liquidity and capital resources | Omitted |
| | C. | Research and development, patents and licenses, etc. | Omitted |
| | D. | Trend information | 28-36, 211 |
| | E. | Off-balance sheet arrangements | Omitted |
| | F. | Tabular disclosure of contractual obligations | Omitted |
| | G. | Safe harbor | i (Forward-looking statements) |
| 6 | | Directors, Senior Management and Employees | |
| | A. | Directors and senior management | Omitted |
| | B. | Compensation | Omitted |
| | C. | Board practices | 8-9, 13-14, 17 |
| | D. | Employees | Omitted |
| | E. | Share ownership | Omitted |
| 7 | | Major Shareholders and Related Party Transactions | |
| | A. | Major shareholders | Omitted |
| | B. | Related party transactions | Omitted |
| | C. | Interests of experts and counsel | Not applicable |
| 8 | | Financial Information | |
| | A. | Consolidated statements and other financial information | 96-196, |
| | B. | Significant changes | Not applicable |
| 9 | | The Offer and Listing | |
| | A. | Offer and listing details | Not applicable |
| | B. | Plan of distribution | Not applicable |
| | C. | Markets | Not applicable |
| | D. | Selling shareholders | Not applicable |
| | E. | Dilution | Not applicable |
| | F. | Expenses of the issue | Not applicable |
| 10 | | Additional Information | |
| | A. | Share capital | Not applicable |
| | B. | Memorandum and Articles of Association | 197-200 |
| | C. | Material contracts | Not applicable |
| | D. | Exchange controls | 204 |
| | E. | Taxation | 201-204 |
| | F. | Dividends and paying assets | Not applicable |
| | G. | Statement by experts | Not applicable |
| | H. | Documents on display | 204 |
| | I. | Subsidiary information | 182-183 (Note 33), 208-210 |
| 11 | | Quantitative and Qualitative Disclosure about Market Risk | 22-94, 129-150 (Notes 13-16) |
| 12 | | Description of Securities Other than Equity Securities | |
| | A. | Debt Securities | Not applicable |
| | B. | Warrants and Rights | Not applicable |
| | C. | Other Securities | Not applicable |
| | D. | American Depositary Shares | Not applicable |
| 13 | | Defaults, Dividends Arrearages and Delinquencies | Not applicable |
| 14 | | Material Modifications to the Rights of Security Holders and Use of Proceeds | Not applicable |
| 15 | | Controls and Procedures | |
| | A. | Disclosure controls and procedures | 205 |
| | B. | Management's annual report on internal control over financial reporting | 14 |
| | C. | Attestation report of the registered public accounting firm | Not applicable |
| | D. | Changes in internal control over financial reporting | 14 |

| | | |
|---|---|---|
| 16A | Audit Committee Financial Expert | Omitted |
| 16B | Code of Ethics | Omitted |
| 16C | Principal Accountant Fees and Services | 18-19, 196 (Note 40), 205 |
| 16D | Exemptions from the Listing Standards for Audit Committees | Not applicable |
| 16E | Purchases of Equity Securities by the Issuer and Affiliated Purchasers | 16 |
| 16F | Change in Registrant's Certifying Accountant | Not applicable |
| 16G | Corporate Governance | 3-15 |
| 17 | Financial Statements | Not applicable (See Item 8) |
| 18 | Financial Statements | Not applicable (See Item 8) |
| 19 | Exhibits | Exhibit Index |

\* Certain items are indicated as omitted as Barclays Bank PLC is a wholly owned subsidiary of Barclays PLC, which is a reporting company under the Securities Exchange Act of 1934, and meets the conditions set forth in General Instruction I(1)(a) and (b) of Form 10-K, as applied to annual reports on Form 20-F, and is therefore filing this Form 20-F with a reduced disclosure format.

**Notes**

The term Barclays Bank Group refers to Barclays Bank PLC together with its subsidiaries. Unless otherwise stated, the income statement analysis compares the year ended 31 December 2019 to the corresponding twelve months of 2018 and balance sheet analysis as at 31 December 2019 with comparatives relating to 31 December 2018. The abbreviations '£m' and '£bn' represent millions and thousands of millions of Pounds Sterling respectively; the abbreviations '$m' and '$bn' represent millions and thousands of millions of US Dollars respectively; and the abbreviations '€m' and '€bn' represent millions and thousands of millions of Euros respectively.

**Forward-looking statements**

This document contains certain forward-looking statements within the meaning of Section 21E of the US Securities Exchange Act of 1934, as amended, and Section 27A of the US Securities Act of 1933, as amended, with respect to the Barclays Bank Group. Barclays cautions readers that no forward-looking statement is a guarantee of future performance and that actual results or other financial condition or performance measures could differ materially from those contained in the forward-looking statements. These forward-looking statements can be identified by the fact that they do not relate only to historical or current facts. Forward-looking statements sometimes use words such as 'may', 'will', 'seek', 'continue', 'aim', 'anticipate', 'target', 'projected', 'expect', 'estimate', 'intend', 'plan', 'goal', 'believe', 'achieve' or other words of similar meaning. Forward-looking statements can be made in writing but also may be made verbally by members of the management of the Barclays Bank Group (including, without limitation, during management presentations to financial analysts) in connection with this document. Examples of forward-looking statements include, among others, statements or guidance regarding or relating to the Barclays Bank Group's future financial position, income growth, assets, impairment charges, provisions, business strategy, capital, leverage and other regulatory ratios, payment of dividends (including dividend payout ratios and expected payment strategies), projected levels of growth in the banking and financial markets, projected costs or savings, any commitments and targets, estimates of capital expenditures, plans and objectives for future operations, projected employee numbers, IFRS impacts and other statements that are not historical fact. By their nature, forward-looking statements involve risk and uncertainty because they relate to future events and circumstances. The forward-looking statements speak only as at the date on which they are made and such statements may be affected by changes in legislation, the development of standards and interpretations under IFRS, including evolving practices with regard to the interpretation and application of accounting and regulatory standards, the outcome of current and future legal proceedings and regulatory investigations, future levels of conduct provisions, the policies and actions of governmental and regulatory authorities, geopolitical risks and the impact of competition. In addition, factors including (but not limited to) the following may have an effect: capital, leverage and other regulatory rules applicable to past, current and future periods; UK, US, Eurozone and global macroeconomic and business conditions; the effects of any volatility in credit markets; market related risks such as changes in interest rates and foreign exchange rates; effects of changes in valuation of credit market exposures; changes in valuation of issued securities; volatility in capital markets; changes in credit ratings of any entity within the Barclays Bank Group or any securities issued by such entities; instability as a result of the exit by the UK from the European Union and the disruption that may subsequently result in the UK and globally; and the success of future acquisitions, disposals and other strategic transactions. A number of these influences and factors are beyond the Barclays Bank Group's control. As a result, the Barclays Bank Group's actual financial position, future results, dividend payments, capital, leverage or other regulatory ratios or other financial and non-financial metrics or performance measures may differ materially from the statements or guidance set forth in the Barclays Bank Group's forward-looking statements.

Subject to our obligations under the applicable laws and regulations of any relevant jurisdiction, (including, without limitation, the UK and the US), in relation to disclosure and ongoing information, we undertake no obligation to update publicly or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

**Market and other data**

This document contains information, including statistical data, about certain Barclays markets and its competitive position. Except as otherwise indicated, this information is taken or derived from Datastream and other external sources. Barclays cannot guarantee the accuracy of information taken from external sources, or that, in respect of internal estimates, a third party using different methods would obtain the same estimates as Barclays.

**Uses of Internet addresses**

This document contains inactive textual addresses to internet websites operated by us and third parties. Reference to such websites is made for information purposes only, and information found at such websites is not incorporated by reference into this document.

# Governance
## Contents

**Our corporate governance processes and the role they play in supporting the delivery of our strategy.**

| Governance | Page |
|---|---|
| ▪ Chairman's introduction | 2 |
| ▪ Corporate Governance Statement | 3 |
| ▪ Directors' report | 16 |
| ▪ Our people our culture | 21 |

# Governance
## Chairman's introduction

The 2019 corporate governance report ("Governance Report") for Barclays Bank PLC ("BBPLC" or the "Company") provides an overview of how the BBPLC governance framework operates and of the Board's key areas of focus during the year.

Following the structural reform to realign the Barclays Group and ring-fence the Group's UK consumer banking business, BBPLC became the non-ring-fenced bank in April 2018. Initially, BBPLC and its parent company, BPLC, had different (and non-overlapping) board and board committee members. However, as we moved into 2019, following a further review of the corporate governance structure of BBPLC and BPLC and reflecting the outcomes of discussions with the Group's regulators, a decision was taken to consolidate and streamline the membership of the BBPLC and BPLC boards, such that membership of our Board now comprises a subset of that of the BPLC Board, with all members of the BPLC board, except the Senior Independent Director, the Chairman of BBUKPLC and one Non-Executive Director, now also serving on the board of BBPLC.

This has significantly increased coordination and efficiency, and reduced complexity and duplication. This revised structure vests oversight over the activities of BBPLC in a board the members of which also have direct accountability to BPLC's shareholders through their separate responsibilities as members of the BPLC board.

As a result of this consolidation, during 2019 the former Board members of BBPLC all stepped down and a new Board, including myself, took office. We thank those Board members who left us this year for their valued contribution.

### Strategy
During 2019, the Board spent considerable time overseeing the development of the Company's strategy that is being shaped by the increasingly sophisticated needs of our clients and technological evolution across our industry, in order to fulfil Barclays' common purpose of "Creating Opportunities to Rise".

### Governance
This year, as required under the Companies (Miscellaneous Reporting) Regulations 2018 (the "2018 Regulations"), we have included on page 7, a statement of the Company's corporate governance arrangements. In addition, the Governance Report reflects the enhanced requirements to report on the Company's engagement with employees, suppliers, customers and others in a business relationship with the Company, which are now in force pursuant to the 2018 Regulations. These new requirements have prompted us to look afresh at the governance principles that underpin our corporate governance arrangements. You can read more about these principles and how we apply them in our Corporate Governance Statement, where you can also find out more about the work of the Board and our Board Committees during 2019.

I would like to thank fellow Board members and our colleagues for their support and hard work throughout 2019.

**Nigel Higgins**
Chairman – Barclays Bank Group

12 February 2020

# Governance
## Corporate Governance Statement

### Director effectiveness assessment: disclosure of regulatory investigation

Barclays PLC has disclosed the following in relation to its annual director effectiveness assessment:

In accordance with the UK Corporate Governance Code, all of the current Directors of Barclays PLC will be submitting themselves for election or re-election at the Annual General Meeting to be held on 7 May 2020, and will be unanimously recommended by the Barclays PLC Board for election or re-election as appropriate. Further information in this regard will be set out in the Notice of Meeting which will be published in due course.

In deciding whether to recommend Jes Staley for re-election, the Board has carried out its usual formal and rigorous performance assessment, which it does in respect of the effectiveness of each of the Directors. As part of its determination in respect of Mr. Staley, the Board has had regard to media reports in the past 6 months that have highlighted historical links between Mr. Staley and Jeffrey Epstein.

As has been widely reported, earlier in his career Mr. Staley developed a professional relationship with Mr. Epstein. In the summer of 2019, in light of the renewed media interest in the relationship, Mr. Staley volunteered and gave to certain executives, and the Chairman, an explanation of his relationship with Mr. Epstein. Mr. Staley also confirmed to the Board that he has had no contact whatsoever with Mr. Epstein at any time since taking up his role as Barclays Group CEO in December 2015.

The relationship between Mr. Staley and Mr. Epstein was the subject of an enquiry from the Financial Conduct Authority (FCA), to which the Company responded. The FCA and the Prudential Regulation Authority subsequently commenced an investigation, which is ongoing, into Mr. Staley's characterisation to the Company of his relationship with Mr. Epstein and the subsequent description of that relationship in the Company's response to the FCA.

Based on a review, conducted with the support of external counsel, of the information available to us and representations made by Mr. Staley, the Board (the Executive Directors having been recused) believes that Mr. Staley has been sufficiently transparent with the Company as regards the nature and extent of his relationship with Mr. Epstein. Accordingly, Mr. Staley retains the full confidence of the Board, and is being unanimously recommended for re-election at the Annual General Meeting.

The Board will continue to cooperate fully with the regulatory investigation, and will provide a further update as and when it is appropriate to do so.

### Accountability

The Board is responsible for setting Barclays Bank Group risk appetite within the overall parameters set by the Barclays Group, that is, the level of risk it is prepared to take in the context of achieving the Barclays' Group strategic objectives. The ERMF is designed to identify and set minimum requirements in respect of the main risks to achieving Barclays' strategic objectives and to provide reasonable assurance that internal controls are effective.

The Board, assisted by the Risk Committee, conducts robust assessments of the principal risks facing the Company, including those that would threaten its business model, future performance, solvency or liquidity.

The Audit Committee oversees the effectiveness of BBPLC internal and external auditors. The Directors also review the effectiveness of the Barclays Bank Group's systems of internal control and risk management.

The Board has put in place processes to support the presentation to stakeholders of fair, balanced and understandable information.

### Remuneration

The Remuneration Committee reviews and adopts the Barclays Group's Remuneration Policy for use in the Barclays Bank Group. The purpose and activities of which are contained in the Remuneration Committee report on page 10.

The Board has delegated responsibility for the consideration and approval of the remuneration arrangements of the Chairman, Executive Directors, other senior executives and certain Barclays Bank Group employees to the Remuneration Committee. The Remuneration Committee when considering the remuneration policies and practices will seek to ensure that they support the Company's strategy and promote the long-term success of the business and that they are aligned to successful delivery of the Barclays Group's strategy. All executive and senior management remuneration policies will only be developed in accordance with the Barclays Group's formal and transparent procedures (ensuring that no Director is involved in deciding his/her own remuneration outcome) and having regard to workforce remuneration and related policies and the alignment of incentives and rewards with culture. All Remuneration Committee members will demonstrate independent judgement and discretion when determining and approving remuneration outcomes. The Board as a whole, with the Non-Executive Directors abstaining, considers annually the fees paid to Non-Executive Directors.

**Signatures**

The registrant hereby certifies that it meets all of the requirements for filing on Form 20-F and that it has duly caused and authorised the undersigned to sign this annual report on its behalf.

Date February 13, 2020

**Barclays Bank PLC**
(Registrant)

By    /s/ Steven Ewart
      **Steven Ewart, Chief Financial Officer**