# EXHIBIT 7

# Share Charts

## Share Price and Volume Graph for Barclays ADR (NYSE) from 01 Sep 2023 to 31 Dec 2023



# Comparative data

## Share

☑ **Barclays ADR**

## Peer Groups - Stock Exchanges

☐ Bank of America                  ☐ Credit Suisse

☐ Citigroup                        ☐ Deutsche Bank

☐ Goldman Sachs                    ☐ JP Morgan Chase

☐ Morgan Stanley                   ☐ UBS

## Lower Part of the Graph

🔵 **Volume**

⚪ Daily Change

## Technical Analysis

☐ Moving average

☐ Momentum

## Shareholder Return

☐ Total return

# Share Charts

## Share Price and Volume Graph for Barclays PLC (LSE) from 01 Sep 2023 to 31 Dec 2023



## Comparative data

### Share

■ **Barclays PLC**

### Peer Groups - Stock Exchanges

☐ Bank of America
☐ Citigroup
☐ Goldman Sachs
☐ Morgan Stanley

☐ Credit Suisse
☐ Deutsche Bank
☐ JP Morgan Chase
☐ UBS

### Lower Part of the Graph

● **Volume**
○ Daily Change

### Technical Analysis

☐ Moving average
☐ Momentum

### Shareholder Return

☐ Total return

## Barclays PLC ADR (BCS)

NYSE ▾    Currency in **USD**

# 12.545    -0.135 (-1.06%) ▼

🕐 Real-time Data · 11:42:32

**General**    Chart    News & Analysis    Financials    Technical    Forum

Overview    Profile    **Historical Data**    Historical Splits    Options    Index Component

# BCS Historical Data ⓘ

**Time Frame**

| Daily | | 09/01/2023 - 12/31/2023 📅 |

| Date ⇅ | Price ⇅ | Open ⇅ | High ⇅ | Low ⇅ | Vol. ⇅ | Change % ⇅ |
|---|---|---|---|---|---|---|
| Dec 28, 2023 | 7.880 | 7.890 | 7.910 | 7.830 | 13.87M | -0.13% |
| Dec 27, 2023 | 7.890 | 7.900 | 7.950 | 7.880 | 11.08M | -0.75% |
| Dec 26, 2023 | 7.950 | 7.930 | 8.000 | 7.915 | 11.01M | -0.25% |
| Dec 25, 2023 | 7.970 | 7.860 | 8.000 | 7.852 | 11.78M | +1.27% |
| Dec 21, 2023 | 7.870 | 7.820 | 7.930 | 7.820 | 7.12M | +1.42% |
| Dec 20, 2023 | 7.760 | 7.750 | 7.790 | 7.710 | 8.67M | +1.17% |
| Dec 19, 2023 | 7.670 | 7.780 | 7.815 | 7.650 | 12.67M | +0.66% |

| | | | | | |
|---|---|---|---|---|---|
| Dec 18, 2023 | 7.620 | 7.610 | 7.660 | 7.605 | 11.60M | +1.87% |
| Dec 17, 2023 | 7.480 | 7.540 | 7.545 | 7.460 | 7.14M | 0.00% |
| Dec 14, 2023 | 7.480 | 7.550 | 7.610 | 7.480 | 11.52M | -3.86% |
| Dec 13, 2023 | 7.780 | 7.680 | 7.930 | 7.650 | 28.31M | +4.43% |
| Dec 12, 2023 | 7.450 | 7.200 | 7.460 | 7.150 | 21.08M | +2.76% |
| Dec 11, 2023 | 7.250 | 7.250 | 7.270 | 7.190 | 15.81M | -0.55% |
| Dec 10, 2023 | 7.290 | 7.280 | 7.310 | 7.235 | 17.39M | -0.68% |
| Dec 07, 2023 | 7.340 | 7.220 | 7.350 | 7.210 | 17.51M | +2.51% |
| Dec 06, 2023 | 7.160 | 7.080 | 7.170 | 7.060 | 14.51M | +1.27% |
| Dec 05, 2023 | 7.070 | 7.100 | 7.200 | 7.060 | 19.21M | +0.43% |
| Dec 04, 2023 | 7.040 | 7.110 | 7.130 | 7.020 | 19.94M | -0.56% |
| Dec 03, 2023 | 7.080 | 7.280 | 7.360 | 7.060 | 36.34M | -4.32% |
| Nov 30, 2023 | 7.400 | 7.220 | 7.420 | 7.200 | 18.88M | +2.49% |
| Nov 29, 2023 | 7.220 | 7.220 | 7.260 | 7.160 | 18.40M | 0.00% |
| Nov 28, 2023 | 7.220 | 7.150 | 7.280 | 7.140 | 17.63M | +0.84% |
| Nov 27, 2023 | 7.160 | 7.150 | 7.180 | 7.113 | 8.28M | +0.28% |
| Nov 26, 2023 | 7.140 | 7.170 | 7.200 | 7.100 | 15.84M | -1.11% |
| Nov 23, 2023 | 7.220 | 7.160 | 7.240 | 7.140 | 5.11M | +2.12% |
| Nov 21, 2023 | 7.070 | 7.060 | 7.080 | 7.030 | 13.39M | -0.84% |
| Nov 20, 2023 | 7.130 | 7.120 | 7.180 | 7.095 | 8.42M | -0.70% |
| Nov 19, 2023 | 7.180 | 7.130 | 7.180 | 7.125 | 9.77M | -0.28% |
| Nov 16, 2023 | 7.200 | 7.110 | 7.220 | 7.080 | 10.88M | +3.75% |
| Nov 15, 2023 | 6.940 | 6.930 | 6.960 | 6.910 | 13.32M | -0.72% |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Nov 14, 2023 | 6.990 | 7.020 | 7.050 | 6.980 | 13.40M | +1.16% |
| Nov 13, 2023 | 6.910 | 6.840 | 6.960 | 6.830 | 11.63M | +2.98% |
| Nov 12, 2023 | 6.710 | 6.700 | 6.750 | 6.680 | 8.51M | 0.00% |
| Nov 09, 2023 | 6.710 | 6.630 | 6.730 | 6.580 | 13.12M | +0.75% |
| Nov 08, 2023 | 6.660 | 6.740 | 6.780 | 6.640 | 11.94M | -0.30% |
| Nov 07, 2023 | 6.680 | 6.700 | 6.750 | 6.670 | 8.93M | -0.15% |
| Nov 06, 2023 | 6.690 | 6.720 | 6.735 | 6.670 | 6.37M | -0.89% |
| Nov 05, 2023 | 6.750 | 6.860 | 6.870 | 6.730 | 13.62M | -0.44% |
| Nov 02, 2023 | 6.780 | 6.710 | 6.820 | 6.710 | 14.05M | +2.73% |
| Nov 01, 2023 | 6.600 | 6.480 | 6.600 | 6.480 | 12.39M | +4.27% |
| Oct 31, 2023 | 6.330 | 6.340 | 6.390 | 6.270 | 13.46M | -1.56% |
| Oct 30, 2023 | 6.430 | 6.430 | 6.460 | 6.385 | 13.35M | +0.16% |
| Oct 29, 2023 | 6.420 | 6.380 | 6.420 | 6.320 | 16.75M | +2.88% |
| Oct 26, 2023 | 6.240 | 6.350 | 6.360 | 6.230 | 15.42M | -2.80% |
| Oct 25, 2023 | 6.420 | 6.430 | 6.470 | 6.360 | 14.10M | -1.38% |
| Oct 24, 2023 | 6.510 | 6.460 | 6.540 | 6.400 | 12.30M | -0.31% |
| Oct 23, 2023 | 6.530 | 6.510 | 6.580 | 6.310 | 19.53M | -6.98% |
| Oct 22, 2023 | 7.020 | 7.040 | 7.140 | 7.010 | 14.11M | -0.71% |
| Oct 19, 2023 | 7.070 | 7.190 | 7.200 | 7.040 | 13.55M | -1.53% |
| Oct 18, 2023 | 7.180 | 7.220 | 7.340 | 7.160 | 14.93M | -2.31% |
| Oct 17, 2023 | 7.350 | 7.480 | 7.480 | 7.340 | 12.84M | -3.16% |
| Oct 16, 2023 | 7.590 | 7.520 | 7.650 | 7.510 | 9.21M | +0.66% |
| Oct 15, 2023 | 7.540 | 7.500 | 7.550 | 7.430 | 9.93M | +1.75% |

| | | | | | |
|---|---|---|---|---|---|
| Oct 12, 2023 | 7.410 | 7.490 | 7.560 | 7.400 | 10.03M | -0.27% |
| Oct 11, 2023 | 7.430 | 7.580 | 7.590 | 7.390 | 13.52M | -4.99% |
| Oct 10, 2023 | 7.820 | 7.830 | 7.870 | 7.750 | 8.26M | +0.77% |
| Oct 09, 2023 | 7.760 | 7.760 | 7.795 | 7.730 | 8.22M | +3.19% |
| Oct 08, 2023 | 7.520 | 7.480 | 7.550 | 7.451 | 8.07M | -1.83% |
| Oct 05, 2023 | 7.660 | 7.550 | 7.700 | 7.490 | 9.83M | +1.73% |
| Oct 04, 2023 | 7.530 | 7.460 | 7.540 | 7.450 | 8.17M | -0.53% |
| Oct 03, 2023 | 7.570 | 7.550 | 7.570 | 7.475 | 7.86M | +0.93% |
| Oct 02, 2023 | 7.500 | 7.570 | 7.580 | 7.470 | 7.17M | -1.19% |
| Oct 01, 2023 | 7.590 | 7.770 | 7.800 | 7.570 | 9.31M | -2.57% |
| Sep 28, 2023 | 7.790 | 7.840 | 7.890 | 7.770 | 6.74M | -0.51% |
| Sep 27, 2023 | 7.830 | 7.730 | 7.880 | 7.730 | 5.92M | +1.03% |
| Sep 26, 2023 | 7.750 | 7.790 | 7.800 | 7.660 | 10.14M | -0.51% |
| Sep 25, 2023 | 7.790 | 7.780 | 7.930 | 7.760 | 13.01M | +2.23% |
| Sep 24, 2023 | 7.620 | 7.570 | 7.630 | 7.520 | 7.06M | -0.52% |
| Sep 21, 2023 | 7.660 | 7.760 | 7.770 | 7.640 | 10.71M | -0.65% |
| Sep 20, 2023 | 7.710 | 7.680 | 7.785 | 7.675 | 9.42M | -1.41% |
| Sep 19, 2023 | 7.820 | 7.960 | 8.030 | 7.800 | 8.15M | -1.51% |
| Sep 18, 2023 | 7.940 | 7.900 | 7.970 | 7.890 | 9.84M | +1.02% |
| Sep 17, 2023 | 7.860 | 7.950 | 7.970 | 7.850 | 8.12M | -1.75% |
| Sep 14, 2023 | 8.000 | 7.980 | 8.045 | 7.955 | 9.52M | +0.38% |
| Sep 13, 2023 | 7.970 | 7.950 | 7.990 | 7.910 | 9.68M | +1.53% |
| Sep 12, 2023 | 7.850 | 7.850 | 7.900 | 7.820 | 8.96M | +1.42% |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Sep 11, 2023 | 7.740 | 7.610 | 7.780 | 7.590 | 11.19M | +2.65% |
| Sep 10, 2023 | 7.540 | 7.530 | 7.580 | 7.510 | 6.71M | +1.62% |
| Sep 07, 2023 | 7.420 | 7.350 | 7.450 | 7.340 | 6.34M | +0.82% |
| Sep 06, 2023 | 7.360 | 7.430 | 7.480 | 7.350 | 11.09M | -1.47% |
| Sep 05, 2023 | 7.470 | 7.500 | 7.550 | 7.430 | 7.13M | -0.53% |
| Sep 04, 2023 | 7.510 | 7.640 | 7.665 | 7.500 | 8.10M | -0.53% |
| Aug 31, 2023 | 7.550 | 7.600 | 7.649 | 7.540 | 9.86M | +0.53% |

Highest:
8.045

Change %:
4.927

Average:
7.325

Difference:
1.815

Lowest:
6.230

# Barclays PLC (BARC)

London ▾    Currency in **GBP**

## 238.30    -3.50 (-1.45%) ▼

🕐 Real-time Data · 11:38:31

**General**    Chart    News & Analysis    Financials    Technical    Forum

Overview    Profile    Historical Data    Historical Splits    Index Component

# BARC Historical Data ⓘ

**Time Frame**

| Daily | 09/01/2023 - 12/31/2023 📅 |
|---|---|

| Date ⇅ | Price ⇅ | Open ⇅ | High ⇅ | Low ⇅ | Vol. ⇅ | Change % ⇅ |
|---|---|---|---|---|---|---|
| Dec 28, 2023 | 153.78 | 153.38 | 153.82 | 152.96 | 10.58M | +0.18% |
| Dec 27, 2023 | 153.50 | 153.46 | 154.04 | 152.80 | 21.44M | -0.10% |
| Dec 26, 2023 | 153.66 | 152.60 | 154.72 | 150.86 | 26.19M | +1.24% |
| Dec 21, 2023 | 151.78 | 149.90 | 152.08 | 149.88 | 13.07M | +0.24% |
| Dec 20, 2023 | 151.42 | 152.56 | 152.56 | 148.88 | 55.27M | -0.15% |
| Dec 19, 2023 | 151.64 | 151.22 | 152.36 | 146.76 | 75.96M | +2.70% |
| Dec 18, 2023 | 147.66 | 145.56 | 148.48 | 144.74 | 42.44M | +0.79% |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Dec 17, 2023 | 146.50 | 146.96 | 148.02 | 144.18 | 22.51M | -0.10% |
| Dec 14, 2023 | 146.64 | 150.78 | 151.76 | 145.97 | 103.98M | -2.24% |
| Dec 13, 2023 | 150.00 | 143.90 | 150.60 | 141.08 | 171.41M | +6.32% |
| Dec 12, 2023 | 141.08 | 139.46 | 142.54 | 139.46 | 59.65M | -0.42% |
| Dec 11, 2023 | 141.68 | 143.90 | 143.90 | 141.60 | 36.15M | -0.58% |
| Dec 10, 2023 | 142.50 | 143.82 | 144.64 | 141.70 | 59.34M | -0.54% |
| Dec 07, 2023 | 143.28 | 141.64 | 144.60 | 139.28 | 58.69M | +2.24% |
| Dec 06, 2023 | 140.14 | 141.10 | 141.10 | 138.10 | 42.29M | -0.07% |
| Dec 05, 2023 | 140.24 | 138.62 | 141.26 | 138.34 | 309.07M | +0.56% |
| Dec 04, 2023 | 139.46 | 136.50 | 140.50 | 136.50 | 117.46M | -2.46% |
| Dec 03, 2023 | 142.98 | 142.80 | 143.72 | 141.39 | 59.57M | +0.44% |
| Nov 30, 2023 | 142.36 | 141.28 | 143.34 | 140.76 | 29.41M | +0.94% |
| Nov 29, 2023 | 141.04 | 140.52 | 142.04 | 139.16 | 68.41M | +0.53% |
| Nov 28, 2023 | 140.30 | 138.88 | 140.84 | 138.30 | 33.20M | +0.13% |
| Nov 27, 2023 | 140.12 | 141.32 | 141.32 | 138.78 | 32.24M | -0.06% |
| Nov 26, 2023 | 140.20 | 140.56 | 142.72 | 140.20 | 14.26M | -1.02% |
| Nov 23, 2023 | 141.64 | 141.24 | 142.02 | 139.28 | 18.68M | +1.00% |
| Nov 22, 2023 | 140.24 | 139.68 | 141.24 | 137.48 | 43.42M | +0.19% |
| Nov 21, 2023 | 139.98 | 141.52 | 142.58 | 139.64 | 30.53M | -1.23% |
| Nov 20, 2023 | 141.72 | 143.38 | 143.38 | 140.16 | 17.71M | -0.58% |
| Nov 19, 2023 | 142.54 | 142.80 | 143.66 | 141.80 | 36.65M | -0.18% |
| Nov 16, 2023 | 142.80 | 140.10 | 143.20 | 137.58 | 36.77M | +2.70% |
| Nov 15, 2023 | 139.04 | 138.82 | 141.08 | 137.80 | 33.28M | -0.60% |

| | | | | | |
|---|---|---|---|---|---|
| Nov 14, 2023 | 139.88 | 139.00 | 142.20 | 138.68 | 56.39M | +1.03% |
| Nov 13, 2023 | 138.46 | 135.58 | 138.64 | 135.14 | 24.53M | +1.26% |
| Nov 12, 2023 | 136.74 | 136.56 | 137.30 | 134.58 | 31.49M | +0.86% |
| Nov 09, 2023 | 135.58 | 136.46 | 136.56 | 134.10 | 20.54M | -1.02% |
| Nov 08, 2023 | 136.98 | 135.94 | 137.61 | 134.84 | 56.92M | +0.71% |
| Nov 07, 2023 | 136.02 | 134.56 | 137.10 | 132.84 | 26.38M | -0.15% |
| Nov 06, 2023 | 136.22 | 135.80 | 137.32 | 134.88 | 26.20M | -0.06% |
| Nov 05, 2023 | 136.30 | 137.32 | 138.00 | 135.24 | 30.59M | -0.03% |
| Nov 02, 2023 | 136.34 | 135.16 | 137.33 | 132.16 | 34.49M | +2.33% |
| Nov 01, 2023 | 133.24 | 129.90 | 133.40 | 129.64 | 34.23M | +3.02% |
| Oct 31, 2023 | 129.34 | 129.92 | 133.00 | 128.92 | 63.82M | -1.72% |
| Oct 30, 2023 | 131.60 | 131.52 | 132.78 | 129.46 | 52.35M | +0.72% |
| Oct 29, 2023 | 130.66 | 128.54 | 131.08 | 128.12 | 58.56M | +1.13% |
| Oct 26, 2023 | 129.20 | 131.28 | 133.10 | 128.64 | 71.15M | -2.30% |
| Oct 25, 2023 | 132.24 | 133.90 | 133.90 | 130.62 | 61.53M | -0.74% |
| Oct 24, 2023 | 133.22 | 132.28 | 134.88 | 131.42 | 60.88M | -1.05% |
| Oct 23, 2023 | 134.64 | 136.48 | 139.86 | 129.58 | 117.81M | -6.53% |
| Oct 22, 2023 | 144.04 | 145.28 | 145.78 | 143.48 | 39.93M | -0.57% |
| Oct 19, 2023 | 144.86 | 146.86 | 147.86 | 144.32 | 49.29M | -1.99% |
| Oct 18, 2023 | 147.80 | 152.56 | 152.56 | 147.64 | 59.57M | -2.53% |
| Oct 17, 2023 | 151.64 | 153.92 | 155.92 | 151.44 | 32.82M | -2.04% |
| Oct 16, 2023 | 154.80 | 152.06 | 155.24 | 152.06 | 49.14M | +1.00% |
| Oct 15, 2023 | 153.26 | 154.00 | 154.40 | 152.02 | 52.83M | +0.12% |

| Date | Close | Open | High | Low | Volume | % Change |
|---|---|---|---|---|---|---|
| Oct 12, 2023 | 153.08 | 151.82 | 154.64 | 150.70 | 43.76M | +0.53% |
| Oct 11, 2023 | 152.28 | 157.88 | 158.68 | 151.16 | 69.66M | -3.12% |
| Oct 10, 2023 | 157.18 | 155.52 | 158.44 | 154.54 | 31.41M | +0.26% |
| Oct 09, 2023 | 156.78 | 153.48 | 157.68 | 151.22 | 45.65M | +3.13% |
| Oct 08, 2023 | 152.02 | 152.76 | 154.22 | 151.58 | 64.82M | -1.77% |
| Oct 05, 2023 | 154.76 | 152.80 | 155.18 | 151.62 | 27.15M | +1.47% |
| Oct 04, 2023 | 152.52 | 153.64 | 153.86 | 151.58 | 38.65M | -0.88% |
| Oct 03, 2023 | 153.88 | 153.06 | 155.38 | 152.34 | 46.72M | -0.26% |
| Oct 02, 2023 | 154.28 | 155.02 | 156.76 | 154.09 | 30.10M | -0.99% |
| Oct 01, 2023 | 155.82 | 159.00 | 160.35 | 155.82 | 32.33M | -1.96% |
| Sep 28, 2023 | 158.94 | 157.82 | 159.98 | 157.82 | 36.27M | -0.09% |
| Sep 27, 2023 | 159.08 | 157.42 | 159.12 | 156.92 | 32.20M | +0.61% |
| Sep 26, 2023 | 158.12 | 158.24 | 160.68 | 157.47 | 29.88M | -0.98% |
| Sep 25, 2023 | 159.68 | 156.24 | 161.02 | 155.86 | 55.95M | +3.93% |
| Sep 24, 2023 | 153.64 | 154.24 | 157.92 | 153.00 | 30.79M | -1.08% |
| Sep 21, 2023 | 155.32 | 156.20 | 158.52 | 154.92 | 63.20M | -0.88% |
| Sep 20, 2023 | 156.70 | 156.20 | 157.80 | 153.76 | 100.15M | -1.80% |
| Sep 19, 2023 | 159.58 | 160.26 | 162.14 | 159.58 | 47.41M | +0.23% |
| Sep 18, 2023 | 159.22 | 158.00 | 160.14 | 157.66 | 34.23M | +0.26% |
| Sep 17, 2023 | 158.80 | 160.78 | 162.10 | 158.54 | 29.34M | -1.65% |
| Sep 14, 2023 | 161.46 | 161.02 | 163.60 | 160.32 | 94.41M | +0.86% |
| Sep 13, 2023 | 160.08 | 157.38 | 160.46 | 156.76 | 43.61M | +1.81% |
| Sep 12, 2023 | 157.24 | 154.12 | 157.96 | 153.74 | 44.26M | +2.38% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep 11, 2023 | 153.58 | 150.80 | 153.76 | 150.60 | 42.28M | +2.45% |
| Sep 10, 2023 | 149.90 | 147.94 | 150.58 | 147.94 | 27.85M | +1.12% |
| Sep 07, 2023 | 148.24 | 147.50 | 148.72 | 145.86 | 92.09M | +0.18% |
| Sep 06, 2023 | 147.98 | 148.50 | 149.74 | 147.82 | 23.87M | -0.83% |
| Sep 05, 2023 | 149.22 | 148.68 | 150.36 | 148.06 | 24.93M | -0.28% |
| Sep 04, 2023 | 149.64 | 149.98 | 151.50 | 148.38 | 43.05M | -0.77% |
| Sep 03, 2023 | 150.80 | 149.94 | 152.14 | 149.62 | 30.02M | +1.17% |
| Aug 31, 2023 | 149.06 | 148.10 | 149.98 | 147.97 | 27.19M | +1.15% |

Highest:
**163.60**

Change %:
**4.36**

Average:
**146.57**

Difference:
**35.48**

Lowest:
**128.12**