UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK PLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JAMES E. STALEY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT [ECF NO. 57]** |

The Court, having considered Defendant's Request and finding good cause therefor, hereby GRANTS the Request for Judicial and the Court takes judicial notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence:

1.    Exhibit 01, *The New York Times* article dated July 22, 2019.

2.    Exhibit 02, Excerpts from Barclays PLC, Annual Report (Form 20-F) dated February 13, 2020

3.    Exhibit 03, *Financial Times* article dated November 12, 2021.

4.    Exhibit 04, *Financial Mail on Sunday* article dated November 28, 2021.

1

5.    Exhibit 05, Excerpts from The Government of the U.S. Virgin Islands' unredacted complaint against JPMorgan in *Gov't of the U.S. Virgin Islands v. JPMorgan Chase Bank, N.A.*, No. 1:22-cv-10904 (S.D.N.Y) dated February 15, 2023.

6.    Exhibit 06, The Financial Conduct Authority Decision Notice for James Staley dated May 30, 2023.

7.    Exhibit 07, Barclays' historical stock information from September 1, 2023 through December 31, 2023.

IT IS SO ORDERED.

Dated: _____ __, 2024                    _____

                                            MAAME EWUSI-MENSAH FRIMPONG

                                            United States District Judge