PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

SCOTT D. MUSOFF (admitted *pro hac vice*)
scott.musoff@skadden.com
BORIS BERSHTEYN (admitted *pro hac vice*)
boris.bershteyn@skadden.com
LARA A. FLATH (admitted *pro hac vice*)
lara.flath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

Attorneys for Defendants Barclays PLC and Nigel Higgins

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>                    Defendants. | CASE NO.: 2:23-cv-09217-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS BARCLAYS PLC'S AND NIGEL HIGGINS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Date: March 20, 2025<br>Time: 10:00 A.M.<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br><br>Complaint Filed: November 1, 2023<br>Amended Complaint Filed: August 12, 2024 |

[PROPOSED] ORDER                                    NO.: 2:23-cv-09217-MEMF-KS

The Court, having considered Defendants Barclays PLC's and Nigel Higgins' Motion to Dismiss the Amended Class Action Complaint (the "Motion"), all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby GRANTS the Motion in its entirety.

**IT IS SO ORDERED.**

DATED:

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE