PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

SCOTT D. MUSOFF (admitted *pro hac vice*)
scott.musoff@skadden.com
BORIS BERSHTEYN (admitted *pro hac vice*)
boris.bershteyn@skadden.com
LARA A. FLATH (admitted *pro hac vice*)
lara.flath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

Attorneys for Defendants Barclays PLC and Nigel Higgins

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>                    Defendants. | CASE NO.: 2:23-cv-09217-MEMF-KS<br><br>**DECLARATION OF LARA A. FLATH IN SUPPORT OF DEFENDANTS BARCLAYS PLC'S AND NIGEL HIGGINS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Date: March 20, 2025<br>Time: 10:00 A.M.<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br><br>Complaint Filed: November 1, 2023<br>Amended Complaint Filed: August 12, 2024 |

DECLARATION OF LARA A. FLATH                    CASE NO.: 2:23-cv-09217-MEMF-KS

I, Lara A. Flath, declare and state as follows:

1.    I am an attorney admitted to practice before the courts of the States of New York and Illinois and have been admitted *pro hac vice* to this Court. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel on record for Defendants Barclays PLC and Nigel Higgins ("Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint. I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto:

2.    Attached as **Exhibit 1** is a true and correct copy of a July 22, 2019 *New York Times* article titled "Jeffrey Epstein's Deep Ties to Top Wall Street Figures."

3.    Attached as **Exhibit 2** is a true and correct copy of a February 13, 2020 press release issued by Barclays PLC and filed with the Securities and Exchange Commission ("SEC") as a Form 6-K titled "Director effective assessment: disclosure of regulatory investigation."

4.    Attached as **Exhibit 3** is a true and correct copy of a November 1, 2021 press release issued by Barclays PLC and filed with the SEC as a Form 6-K titled "Board changes."

5.    Attached as **Exhibit 4** is true and correct copy of a November 12, 2021 *Financial Times* article titled "Jes Staley exchanged 1,200 emails with Epstein that included unexplained phrases."

6.    Attached as **Exhibit 5** is a true and correct copy of a November 28, 2021 *The Mail on Sunday* article titled "Barclays boss calls top shareholders to warn messages between Jeffrey Epstein and former boss Jes Staley are 'uncomfortable' reading."

7.    Attached as **Exhibit 6** is a true and correct copy of a March 4, 2023 *Financial Times* article titled "Why the Jeffrey Epstein scandal continues to haunt JPMorgan and Barclays."

8.    Attached as **Exhibit 7** is a true and correct copy of the Financial Conduct Authority's Decision Notice dated May 30, 2023 and published October 12, 2023.

9.    Attached as **Exhibit 8** is a true and correct copy of relevant excerpts of the 2022 Form 20-F Annual Report filed with the SEC by Barclays PLC on February 15, 2023.

1

DECLARATION OF LARA A. FLATH                    CASE NO.: 2:23-cv-09217-MEMF-KS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2024, in New York, NY.

_____
*/s/ Lara A. Flath*
LARA A. FLATH

DECLARATION OF LARA A. FLATH                                CASE NO.: 2:23-cv-09217-MEMF-KS