# Exhibit 8

# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, DC 20549
## FORM 20-F

☐     REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934

☑     ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended 31 December 2022

☐     TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

☐     SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Date of event requiring this shell company report _____

| Commission file number | Barclays PLC | 1-09246 |
|---|---|---|

**BARCLAYS PLC**
(Exact Name of Registrant as Specified in its Charter)

England
(Jurisdiction of Incorporation or Organization)

1 CHURCHILL PLACE, LONDON E14 5HP, England
(Address of Principal Executive Offices)

GARTH WRIGHT, +44 (0)20 7116 3170, GARTH.WRIGHT@BARCLAYS.COM
1 CHURCHILL PLACE, LONDON E14 5HP, England
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Exhibit 8
Page 111

# Additional information (continued)

## Dividends on the ordinary shares of Barclays PLC

The dividends declared for each of the last five years were:

### Pence per 25p ordinary share

|  | 2022 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|---|
| Half year | 2.25 | 2.00 | — | 3.00 | 2.50 |
| Full year | 5.00 | 4.00 | 1.00 | — | 4.00 |
| **Total** | **7.25** | **6.00** | **1.00** | **3.00** | **6.50** |

### US Dollars per 25p ordinary share

|  | 2022 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|---|
| Half year | 0.025 | 0.03 | — | 0.04 | 0.03 |
| Full year | 0.060 | 0.05 | 0.01 | — | 0.05 |
| **Total** | **0.085** | **0.08** | **0.01** | **0.04** | **0.08** |

The gross dividends applicable to an American Depositary Share (ADS) representing four ordinary shares, before deduction of withholding tax, are as follows:

### US Dollars per American Depositary Share

|  | 2022 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|---|
| Half year | 0.10 | 0.11 | — | 0.15 | 0.13 |
| Full year | 0.24 | 0.22 | 0.06 | — | 0.21 |
| **Total** | **0.34** | **0.33** | **0.06** | **0.15** | **0.34** |

The final dividends shown above are expressed in Dollars translated at the closing spot rate for Pounds Sterling as determined by Bloomberg at 5pm in New York City (the 'Closing Spot Rate') on the latest practicable date for inclusion in this report. No representation is made that Pounds Sterling amounts have been, or could have been, or could be, converted into Dollars at these rates.

## Trading market for ordinary shares of Barclays PLC

The principal trading market for Barclays PLC ordinary shares is the London Stock Exchange. At the close of business on 31 December 2022, 15,871,306,805 ordinary shares were in issue.

Ordinary share listings were also obtained on the New York Stock Exchange (NYSE) with effect from 9 September 1986. Trading on the NYSE is in the form of ADSs under the symbol 'BCS'. Each ADS represents four ordinary shares and is evidenced by an American Depositary Receipt (ADR). The ADR depositary is JP Morgan Chase Bank, N.A. Details of trading activity are published in the stock tables of leading daily newspapers in the US.

There were 390 ADR holders and 1,621 recorded holders of ordinary shares with US addresses at 31 December 2022, whose shareholdings represented approximately 4.69% of total outstanding ordinary shares on that date. Since a certain number of the ordinary shares and ADRs were held by brokers or other nominees, the number of recorded holders in the US may not be representative of the number of beneficial holders or of their country of residence.

### Shareholdings at 31 December 2022[a]

|  | Number of shareholders | Percentage of holders % | Shares held | Percentage of capital % |
|---|---|---|---|---|
| **Classification of shareholders** |  |  |  |  |
| Personal Holders | 217,544 | 98.89 | 373,055,607 | 2.35 |
| Banks and Nominees | 1,643 | 0.75 | 13,784,093,672 | 86.85 |
| Other Companies | 781 | 0.36 | 1,714,151,876 | 10.80 |
| Insurance Companies | 1 | — | 208 | — |
| Pension Funds | 4 | — | 5,442 | — |
| **Total** | **219,973** | **100** | **15,871,306,805** | **100** |
| **Shareholding range** |  |  |  |  |
| 1 - 100 | 16,442 | 7.47 | 602,379 | — |
| 101 - 250 | 47,587 | 21.63 | 9,684,486 | 0.06 |
| 251 - 500 | 59,971 | 27.26 | 21,004,083 | 0.13 |
| 501 - 1,000 | 34,774 | 15.81 | 24,552,883 | 0.15 |
| 1,001 - 5,000 | 42,974 | 19.54 | 94,954,297 | 0.60 |
| 5,001 - 10,000 | 9,478 | 4.31 | 66,715,581 | 0.42 |
| 10,001 - 25,000 | 5,651 | 2.57 | 85,410,546 | 0.54 |
| 25,001 - 50,000 | 1,353 | 0.62 | 46,035,274 | 0.29 |
| 50,001 and over | 1,743 | 0.79 | 15,522,347,276 | 97.80 |
| **Total** | **219,973** | **100.00** | **15,871,306,805** | **100** |
| **United States Holdings** | **1,621** | **0.74** | **3,845,613** | **0.02** |

**Note**

a    These figures do not include Barclays Sharestore members.

Exhibit 8
Page 112