PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

SCOTT D. MUSOFF (admitted *pro hac vice*)
scott.musoff@skadden.com
BORIS BERSHTEYN (admitted *pro hac vice*)
boris.bershteyn@skadden.com
LARA A. FLATH (admitted *pro hac vice*)
lara.flath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

Attorneys for Defendants Barclays PLC and Nigel Higgins

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>          v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>                          Defendants. | CASE NO.: 2:23-cv-09217-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS BARCLAYS PLC'S AND NIGEL HIGGINS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE**<br><br>Date: March 20, 2025<br>Time: 10:00 A.M.<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br><br>Complaint Filed: November 1, 2023<br>Amended Complaint Filed: August 12, 2024 |

[PROPOSED] ORDER                                                    NO.: 2:23-cv-09217-MEMF-KS

This matter comes before the Court on the Request for Incorporation by Reference and Judicial Notice (the "Request") filed by Defendants Barclays PLC and Nigel Higgins' ("Defendants") in support of Defendants' Motion to Dismiss the Amended Class Action Complaint. Having considered the Request, the accompanying Declaration of Lara A. Flath and the accompanying Exhibits 1 through 8, and all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing therefor:

The Court GRANTS the Request and incorporates by reference and/or takes judicial notice of Exhibits 1 through 8 attached to the Declaration of Lara A. Flath.

**IT IS SO ORDERED.**

DATED:

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE