ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
ASHLEY M. PRICE (281797)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
aprice@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>    vs.<br><br>BARCLAYS PLC, et al.,<br><br>                       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:23-cv-09217-MEMF-KS<br><br>CLASS ACTION<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>DATE:  May 15, 2025<br>TIME:  10:00 a.m.<br>COURTROOM:  8B, The Honorable Maame Ewusi-Mensah Frimpong |

4896-4115-3080.v1

Plaintiffs respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent decision by the U.K. High Court of Justice in *Persons Identified in Schedule 1 v. Standard Chartered PLC* [2025] EWHC 698 (Ch) (Eng.), attached hereto as Exhibit A, and in further support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants Barclays PLC's and Nigel Higgins' Motion to Dismiss (ECF 69).[1]

Specifically, Plaintiffs direct the Court's attention to the High Court's discussion, analysis, and refusal to "strike out" or dismiss dishonest delay claims under §90A and Paragraph 5 of Schedule 10A of the U.K. Financial Services and Markets Act 2000 at ¶¶91-120.  *See especially Standard Chartered* [2025] EWHC 698 at ¶119.

This notice is proper as it "contains no improper supplemental argument, and only notifies the Court of other relevant authority." *Bowen v. Energizer Holdings, Inc.*, 2022 WL 18142508, at *3 (C.D. Cal. Aug. 29, 2022).

DATED:  April 18, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL A. TRONCOSO
DANIELLE S. MYERS
ASHLEY M. PRICE


                              s/ Ashley M. Price
                            ASHLEY M. PRICE

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
aprice@rgrdlaw.com

---

[1]  Unless otherwise specified, capitalized terms shall have the meaning as defined in the Amended Class Action Complaint for Violations of the Securities Laws of the United States and the United Kingdom (ECF 52).

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4896-4115-3080.v1