Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3558

[ADDITIONAL COUNSEL ON SIGNATURE BLOCK]

*Attorneys for Defendants Barclays PLC and Nigel Higgins*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS, <br><br> Defendants. | Case No. 2:23-cv-09217-MEMF-KS <br><br> **DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION OR, ALTERNATIVELY, CERTIFICATION OF INTERLOCUTORY APPEAL** <br><br> [Memorandum of Points and Authorities and [Proposed] Order Filed Concurrently] <br><br> Hearing Date:  August 21, 2025 <br> Hearing Time:  10:00 A.M. <br> Courtroom:  8B <br> Judge:  Hon. Maame Ewusi-Mensah Frimpong |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on Thursday, August 21, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard in United States Courthouse, 350 West First Street, Courtroom 8B, Los Angeles, California 90012, Defendants will and hereby do move this Court to reconsider, or, alternatively, certify interlocutory appeal of, its Order granting in part Defendants' motions to dismiss the amended class action complaint. This motion is made pursuant to Local Rule 7-18 and 28 U.S.C. § 1292(b), and is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, all pleadings and papers filed herein, oral argument of counsel, and any matter that may be submitted at the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 on July 2, 2025, in which counsel for Plaintiff confirmed that Plaintiff would oppose any motion for reconsideration or leave for interlocutory appeal.

Dated: July 9, 2025

/s/ Adam S. Paris

Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:　(310) 712-6600
Facsimile:　(310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:　(212) 558-4000
Facsimile:　(212) 558-3558

Peter B. Morrison (SBN # 230148)
(peter.morrison@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

Scott D. Musoff (*pro hac vice*)
(scott.musoff@skadden.com)
Boris Bershteyn (*pro hac vice*)
(boris.bershteyn@skadden.com)
Lara A. Flath (*pro hac vice*)
(lara.flath@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

*Attorneys for Defendants Barclays PLC
and Nigel Higgins*

/s/ Matthew Donald Umhofer
Matthew Donald Umhofer (SBN # 206607)
Elizabeth Mitchell (SBN # 251139)
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, California 90021
Telephone:    (213) 394-7979

Brendan V. Sullivan, Jr. (*pro hac vice*)
John M. McNichols (*pro hac vice*)
Stephen L. Wohlgemuth (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:    (202) 434-5800
Facsimile:    (202) 434-5029

*Attorneys for Defendant James E. Staley*

-2-

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 9, 2025                                    SULLIVAN & CROMWELL LLP


                                                        /s/ Adam S. Paris
                                                        Adam S. Paris

                                                        *Attorney for Defendants Barclays PLC and Nigel Higgins*

-3-