# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>Defendants. | Case No.:  2:23-cv-09217-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OR, ALTERNATIVELY, CERTIFICATION OF INTERLOCUTORY APPEAL [ECF NO. #92]**<br><br>Hearing Date:  August 21, 2025<br>Hearing Time:  10:00 A.M.<br>Courtroom:  8B<br>Judge:  Hon. Maame Ewusi-Mensah Frimpong |

On July 9, 2025, Defendants filed a motion for reconsideration or, alternatively, certification of interlocutory appeal of the Court's June 24, 2025 order granting in part Defendants' motions to dismiss (the "Order"; ECF No. 84).

Pursuant to Local Rule 7-18(c), Defendants requested that the Court reconsider its Order granting in part Defendants' motions to dismiss Plaintiff's Section 10(b) claim.  Alternatively, pursuant to 28 U.S.C. § 1292(b), Defendants requested that the Court certify for interlocutory appeal the following two questions:  (1) whether information about the personal conduct of a CEO before joining the company is material to investor decisionmaking; and (2) whether the disclosure of a

regulator's "conclusion" about facts already known to the market may serve as a proper corrective disclosure for purposes of pleading loss causation.

The Court, having considered Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Defendants' motion for reconsideration is GRANTED; or

2. Defendants' motion for certification of interlocutory appeal is GRANTED.

IT IS SO ORDERED.

Dated: July __, 2025                          _____

                                             MAAME EWUSI-MENSAH FRIMPONG

                                             United States District Judge