Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3558

[ADDITIONAL COUNSEL ON SIGNATURE BLOCK]

*Attorneys for Defendants Barclays PLC
and Nigel Higgins*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>                    Defendants. | Case No.: 2:23-cv-09217-MEMF-KS<br><br>**DEFENDANTS' NOTICE OF MOTION TO MODIFY SCHEDULING ORDER PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT'S AUTOMATIC DISCOVERY STAY AND TO DEFER SCHEDULING CONFERENCE**<br><br>[Memorandum of Points and Authorities; and [Proposed] Order Filed Concurrently]<br><br>Hearing Date:  October 2, 2025<br>Hearing Time:  10:00 A.M.<br>Courtroom:  8B<br>Judge:  Hon. Maame Ewusi-Mensah Frimpong |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on Thursday, October 2, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard in United States Courthouse, 350 West First Street, Courtroom 8B, Los Angeles, California 90012, Defendants will and hereby do move this Court to modify the scheduling order (ECF No. 83) pursuant to the Private Securities Litigation Reform Act's automatic discovery stay and to defer the Rule 16(b) scheduling conference until after the Court has ruled on Barclays PLC's forthcoming motion to dismiss.  This motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, all pleadings and papers filed herein, oral argument of counsel, and any other matter that may be submitted at the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 on July 24, 2025, in which counsel for Plaintiffs confirmed that Plaintiffs would oppose any motion seeking to stay the action under the PSLRA until after the Court decided Barclays PLC's forthcoming motion to dismiss.

For the foregoing reasons, Defendants request that the Court grant this motion and enter the attached Proposed Order.

Dated:  August 1, 2025

/s/ Adam S. Paris
Adam S. Paris (SBN #190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3558

Peter B. Morrison (SBN # 230148)
(peter.morrison@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:     (213) 687-5000
Facsimile:     (213) 687-5600

Scott D. Musoff (*pro hac vice*)
(scott.musoff@skadden.com)
Boris Bershteyn (*pro hac vice*)
(boris.bershteyn@skadden.com)
Lara A. Flath (*pro hac vice*)
(lara.flath@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000

*Attorneys for Defendants Barclays PLC and Nigel Higgins*

/s/ Matthew Donald Umhofer
Matthew Donald Umhofer (SBN # 206607)
Elizabeth Mitchell (SBN # 251139)
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, California 90021
Telephone:     (213) 394-7979

Brendan V. Sullivan, Jr. (*pro hac vice*)
John M. McNichols (*pro hac vice*)
Stephen L. Wohlgemuth (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:     (202) 434-5800
Facsimile:     (202) 434-5029

*Attorneys for Defendant James E. Staley*

-2-

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 1, 2025                                SULLIVAN & CROMWELL LLP


                                                   /s/ Adam S. Paris
                                                   Adam S. Paris

                                                   *Attorney for Defendants Barclays PLC and Nigel Higgins*

-3-