**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>Defendants. | Case No.:  2:23-cv-09217-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT'S AUTOMATIC DISCOVERY STAY AND TO DEFER SCHEDULING CONFERENCE**<br>**[ECF NO. #102]**<br><br>Hearing Date:  October 2, 2025<br>Hearing Time:  10:00 A.M.<br>Courtroom:  8B<br>Judge:  Hon. Maame Ewusi-Mensah Frimpong |

On August 1, 2025, Defendants filed a motion to modify the Scheduling Order (ECF No. 83) pursuant to the Private Securities Litigation Reform Act's ("PSLRA") automatic discovery stay and to defer the Rule 16(b) Scheduling Conference until after the Court has ruled on Barclays PLC's forthcoming motion to dismiss the Second Amended Complaint.

Pursuant to the PSLRA, discovery in this securities litigation action is automatically stayed because, on July 24, 2025, Plaintiffs filed a Second Amended Complaint, and Barclays PLC intends to move to dismiss.  The stay applies to the entire action.  Because the PSLRA dictates that discovery is automatically stayed in this action, there is good cause to adjourn the Scheduling

1

Conference, and to set a new date after the Court has ruled on Barclays' forthcoming motion to dismiss the Second Amended Complaint.

The Court, having considered Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The Scheduling Conference set for August 14, 2025 at 10:00 a.m. is adjourned and shall be set for a date after the Court has ruled on Barclays' forthcoming motion to dismiss the Second Amended Complaint; and

2. All discovery-related deadlines and obligations set forth in the Scheduling Order or applicable rules are hereby held in abeyance until after the resolution of Barclays' forthcoming motion to dismiss.

IT IS SO ORDERED.

Dated: August __, 2022

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge