# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>Defendants. | Case No.:  2:23-cv-09217-MEMF-KS<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE INDIVIDUAL DEFENDANTS' TIME TO ANSWER THE SECOND AMENDED COMPLAINT [ECF NO. 103]** |

On August 6, 2025, Defendants Barclays PLC, Nigel Higgins, and James E. Staley (collectively, "Defendants"), and Lead Plaintiff Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees ("Lead Plaintiff") and Plaintiff the Firemen's Retirement System of St. Louis (the "Plaintiffs" and together with Defendants, the "Parties") filed a Stipulation to Extend the Individual Defendants' Time to Answer the Second Amended Complaint (the "Stipulation"):

The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Individual Defendants shall answer the Second Amended Complaint twenty-one (21) days after the earlier of either (i) any decision denying the PSLRA Stay Motion, or (ii) a decision granting or denying Barclays' forthcoming Motion to Dismiss.

IT IS SO ORDERED.

Dated: August 14, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge