# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 2:23-cv-09217-MEMF-KS |
| | ) |
| Plaintiff, | ) <u>CLASS ACTION</u> |
| | ) |
| | ) [PROPOSED] ORDER DENYING MOTION |
| vs. | ) TO MODIFY SCHEDULING ORDER |
| | ) PURSUANT TO THE PRIVATE |
| BARCLAYS PLC, et al., | ) SECURITIES LITIGATION REFORM |
| | ) ACT'S AUTOMATIC DISCOVERY STAY |
| Defendants. | ) AND TO DEFER SCHEDULING |
| | ) CONFERENCE [ECF 102] |

On August 1, 2025, Defendants Barclays PLC, Nigel Higgins, and James E. Staley (collectively, "Defendants") filed a Motion to Modify Scheduling Order Pursuant to the Private Securities Litigation Reform Act's ("PSLRA") Automatic Discovery Stay and to Defer Scheduling Conference ("Motion").  ECF 102.  Lead Plaintiff Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees and plaintiff The Firemen's Retirement System of St. Louis (collectively, "Plaintiffs") filed an opposition on August 15, 2025.  ECF 108.

The Court finds that, because Plaintiffs' claims under §§10(b) and 20(a) and Rule 10b-5 of the Exchange Act of 1934 have met the requirements of the PSLRA, the PSLRA stay is no longer required.

The Court, having considered the parties' briefs and the relevant law, hereby DENIES the Motion and ORDERS discovery to proceed.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

- 1 -

4908-1094-9983.v1