UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>       vs.<br><br>BARCLAYS PLC, et al.,<br><br>                              Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>CLASS ACTION<br><br>ORDER GRANTING IN PART STIPULATION REGARDING CASE SCHEDULE [ECF 101] |

On July 31, 2025, the Parties[1] filed a case management statement pursuant to Federal Rule of Civil Procedure 26(f), Local Civil Rule 26-1 for the United States District Court for the Central District of California, and the Court's Order Setting Scheduling Conference (ECF 83) setting forth certain deadlines outlined in and the Class Action Worksheet made available on the Court's website.  In accordance with the Class Action Worksheet and the Order Setting Scheduling Conference, the Parties submitted a separate stipulation, Stipulation Regarding Case Schedule ("Stipulation"), proposing a schedule, subject to the Court's approval, for additional case events not included in the Class Action Worksheet.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS IN PART the Stipulation and ORDERS as follows:

The following deadlines shall govern the above-captioned action:

| Event | Date |
|---|---|
| Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint | 09/05/2025 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint | 10/03/2025 |
| Defendants' Reply Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint | 10/20/2025 |
| Hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint | 11/13/2025 |

The parties also stipulated to the following events and dates:

| Event | Date |
|---|---|
| Substantial Completion of Document Discovery | 07/16/2026 |
| Last Day to File Motions for Summary Judgment or *Daubert* Motions | 04/15/2027 |
| Opposition to Motions for Summary Judgment or *Daubert* Motions | 05/27/2027 |
| Reply Briefs in Support of Motions for Summary Judgment or *Daubert* Motions | 07/08/2027 |

The Court DENIES the Stipulation as to the latter four events and corresponding dates. First, the parties do not explain what constitutes a "*substantial* completion" of their document

---

[1]  The Parties are Lead Plaintiff Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees and plaintiff The Firemen's Retirement System of St. Louis (collectively, "Plaintiffs") and defendants Barclays PLC, its former Chief Executive Officer James E. Staley, and its Group Chairman Nigel Higgins (collectively, "Defendants").

- 1 -

discovery and why a separate date (other than the "Fact Discovery Cut-Off" or the "Expert Discovery Cut-Off" deadlines listed on this Court's Civil Trial Order) is needed for discovery purposes. Absent a clear definition or explanation of "substantial completion of document discovery" and the need for this event, the Court ORDERS the parties to comply with the discovery-related deadlines set forth in the Civil Trial Order.

Second, this Court's operative Civil Standing Order[2] clearly instructs the parties that "[a]ny parties intending to file or oppose a Motion for Summary Judgment shall work cooperatively to create *a single, fully integrated joint brief* covering all parties' summary judgment motions, in which each issue (or sub-issue) raised by a party is immediately followed by the opposing party's response." Civil Standing Order § IX.D (emphasis added). It appears that the parties request to file their briefs separately. But the only exception to this requirement is for self-represented parties, and neither party is self-represented. *See id.* Because the parties' Stipulation does not comply with the Court's Civil Standing Order, the Court ORDERS the parties to comply with the instructions outlined therein.[3]

In sum, the Court GRANTS the Stipulation with respect to the parties' proposed briefing schedule and the hearing date for Defendants' Motion to Dismiss, but DENIES as to all other events and dates.

IT IS SO ORDERED.

DATED: August 14, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

---

[2] The Court's operative Civil Standing Order is available at https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong. It is the parties' responsibility to review and maintain familiarity with the Court's operative Civil Standing Order.

[3] It appears to the Court the parties wish to reserve a hearing date for their Motion for Summary Judgment for some time in late 2027. As the Civil Standing Order states, the parties are recommended to reserve a hearing date at least three months in advance with the Courtroom Deputy Clerk via email. Civil Standing Order § VIII.B.

- 2 -

4901-1107-1065.v1