Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3558

[ADDITIONAL COUNSEL ON SIGNATURE BLOCK]

*Attorneys for Defendant Barclays PLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS, <br><br> Defendants. | Case No. 2:23-cv-09217-MEMF-KS <br><br> **DEFENDANT BARCLAYS PLC'S NOTICE OF MOTION** <br><br> [Memorandum of Points and Authorities; Declaration of Martin Moore K.C.; Declaration of Adam S. Paris; Request for Judicial Notice; and [Proposed] Order Filed Concurrently] <br><br> Hearing Date:  November 13, 2025 <br> Hearing Time:  10:00 A.M. <br> Courtroom:  8B <br> Judge:  Hon. Maame Ewusi-Mensah Frimpong |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on Thursday, November 13, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard in United States Courthouse, 350 West First Street, Courtroom 8B, Los Angeles, California 90012, Defendant Barclays PLC will, and hereby does, present for hearing by the Court, the Honorable Maame Ewusi-Mensah Frimpong presiding, this Motion to Dismiss the Second Amended Complaint (the "Motion").

The Motion seeks dismissal with prejudice of Plaintiff Firemen's Retirement System of St. Louis's ("St. Louis Firemen") English law 90A claim.

This Motion is filed pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and is based on the accompanying Memorandum of Points and Authorities, all pleadings and papers filed in this action, all matters of which this Court may take judicial notice, including those set forth in the contemporaneously filed Request for Judicial Notice, and such additional papers and arguments as may be presented at or in connection with the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 on August 28, 2025, in which counsel for Plaintiff confirmed that Plaintiff would oppose any motion to dismiss.

Dated:  September 5, 2025

/s/ Adam S. Paris
Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3558

-2-

Peter B. Morrison (SBN # 230148)
(peter.morrison@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:     (213) 687-5000
Facsimile:     (213) 687-5600

Scott D. Musoff (*pro hac vice*)
(scott.musoff@skadden.com)
Boris Bershteyn (*pro hac vice*)
(boris.bershteyn@skadden.com)
Lara A. Flath (*pro hac vice*)
(lara.flath@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000

*Attorneys for Defendant Barclays PLC*

-3-