**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>Defendants. | Case No.: 2:23-cv-09217-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BARCLAYS PLC'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF NO. #114]**<br><br>Date: November 13, 2025<br>Hearing Time: 10:00 A.M.<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

On September 5, 2025, Defendant Barclays PLC moved to dismiss Plaintiffs' Second Amended Complaint for violations of English law under Section 90A.

The Court, having considered Defendant's Motion to Dismiss the Second Amended Complaint, all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby GRANTS the Motion in its entirety and ORDERS as follows:

1. Defendant Barclays PLC's Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED in its entirety.

IT IS SO ORDERED.

1

Dated: _____, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge