Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3558

[ADDITIONAL COUNSEL ON SIGNATURE BLOCK]

*Attorneys for Defendant Barclays PLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS, <br><br> Defendants. | Case No. 2:23-cv-09217-MEMF-KS <br><br> **DEFENDANT BARCLAYS PLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> [Declaration; and [Proposed] Order Filed Concurrently] <br><br> Date:   November 13, 2025 <br> Time:  10:00 A.M. <br> Courtroom:  8B <br> Judge:  Hon. Maame Ewusi-Mensah Frimpong |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Barclays PLC respectfully requests that the Court consider, in connection with its Motion to Dismiss the Second Amended Complaint ("Motion"), Exhibits 1-3 attached to the accompanying Declaration of Adam S. Paris (the "Paris Declaration"):

Exhibit 1:  A true and correct copy of the Brief for United Kingdom as Amicus Curiae, *Morrison* v. *Nat'l Aus. Bank Ltd.*, No. 08-1191 (U.S. Feb. 25, 2010).

Exhibit 2:  A true and correct copy of the Brief for United Kingdom as Amicus Curiae, *Toshiba Corp.* v. *Auto. Indus. Pension Trust Fund*, No. 18-486 (U.S. Dec. 4, 2018).

Exhibit 3:  A true and correct copy of Plaintiffs' initial disclosures, dated August 14, 2025.

Each of these Exhibits may be properly considered by the Court in connection with Defendants' Motion because Exhibits 1 and 2 are subject to judicial notice, and Exhibit 3 may be considered as substantive evidence without the need for judicial notice.

Rule 201 of the Federal Rules of Evidence allows a court to take judicial notice of facts that are "not subject to reasonable dispute" because they are either "(1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Exhibits 1 and 2—amicus briefs filed by the U.K. government in the U.S. Supreme Court—are proper subjects of judicial notice. A court may take "judicial notice of an amicus brief filed with the Supreme Court." *Markel* v. *Union of Orthodox Jewish Congregations of Am.*, 124 F.4th 796, 812 n.7 (9th Cir. 2024); *see RJR Nabisco* v. *Eur. Cmty.*, 579 U.S. 325, 347-48 & n.9 (2016) (considering amicus briefs filed by foreign governments in prior cases). Indeed, a "federal court should carefully consider a foreign state's views about the meaning of its own laws," *Animal Sci. Prods., Inc.* v. *Hebei Welcome Pharm. Co.*, 585 U.S. 33, 43 (2018).

The third exhibit to the Paris Declaration is Plaintiffs' initial disclosures, which Barclays submits solely as part of its argument for dismissal under *forum non conveniens*. Because "the court may consider evidence outside the pleadings" on a "motion to dismiss for forum non conveniens," the Court may consider it as substantive evidence without the need for judicial notice. *Dickens* v. *NXP Semiconductors*, 703 F. Supp. 3d 1013, 1019 (N.D. Cal. 2023); *see N.Z.* v. *Fenix Int'l Ltd.*, 2025 WL 1122493, at *3 (C.D. Cal. Apr. 9 2025) (same).

## CONCLUSION

For the foregoing reasons, Exhibits 1 and 2 attached to the Paris Declaration are properly the subject of judicial notice and all three Exhibits should be considered by this Court in connection with Defendant Barclays PLC's concurrently filed motion to dismiss the Second Amended Complaint.

Dated: September 5, 2025

|   |   |
|---|---|
| 1 | /s/ Adam S. Paris |
|   | Adam S. Paris (SBN # 190693) |
| 2 | (parisa@sullcrom.com) |
|   | SULLIVAN & CROMWELL LLP |
| 3 | 1888 Century Park East |
|   | Los Angeles, California 90067 |
| 4 | Telephone:    (310) 712-6600 |
|   | Facsimile:    (310) 712-8800 |

/s/ Adam S. Paris
Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3558

Peter B. Morrison (SBN # 230148)
(peter.morrison@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

Scott D. Musoff (*pro hac vice*)
(scott.musoff@skadden.com)
Boris Bershteyn (*pro hac vice*)
(boris.bershteyn@skadden.com)
Lara A. Flath (*pro hac vice*)
(lara.flath@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000

*Attorneys for Defendant Barclays PLC*