Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3558

[ADDITIONAL COUNSEL ON BRIEF]

*Attorneys for Defendant Barclays PLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>    Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>**DECLARATION OF ADAM S. PARIS IN SUPPORT OF BARCLAYS PLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>[Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Martin Moore K.C.; Request for Judicial Notice; and [Proposed] Order Filed Concurrently]<br><br>Date:  November 13, 2025<br>Time:  10:00 A.M.<br>Courtroom:  8B<br>Judge:  Hon. Maame Ewusi-Mensah Frimpong |

DECLARATION OF ADAM S. PARIS

I, Adam S. Paris, declare and state as follows:

1. I am an attorney at the law firm of Sullivan & Cromwell LLP, counsel to Defendant Barclays PLC in this matter. I submit this declaration in support of Defendant Barclays PLC's Motion to Dismiss the Second Amended Complaint. Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the Brief for United Kingdom as Amicus Curiae, *Morrison* v. *Nat'l Aus. Bank Ltd.*, No. 08-1191 (U.S. Feb. 25, 2010).

3. Attached as **Exhibit 2** is a true and correct copy of the Brief for United Kingdom as Amicus Curiae, *Toshiba Corp.* v. *Auto. Indus. Pension Trust Fund*, No. 18-486 (U.S. Dec. 4, 2018).

4. Attached as **Exhibit 3** is a true and correct copy of Plaintiffs' Initial Disclosures, dated August 14, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 5, 2025, in Los Angeles, California.

/s/ Adam S. Paris
Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

*Attorney for Defendant Barclays PLC*