ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
SHAO-JIA CHANG (356004)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
schang@rgrdlaw.com
   – and –
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
ASHLEY M. PRICE (281797)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
aprice@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BARCLAYS PLC, et al.,<br><br>                    Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>CLASS ACTION<br><br>PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

4908-5438-8574.v1

## I. PRELIMINARY STATEMENT

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, Lead Plaintiff Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees and plaintiff The Firemen's Retirement System of St. Louis (collectively, "Plaintiffs") hereby serve their initial disclosures. These initial disclosures are made without waiver of, or prejudice to, any current or future objections Plaintiffs may have. Plaintiffs expressly reserve all objections, including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state law; (f) undue burden; (g) materiality; (h) overbreadth; and (i) the admissibility in evidence of these initial disclosures or the subject matter thereof. By referring to documents and individuals in these or any further amended initial disclosures, Plaintiffs (i) make no representations or concessions regarding the completeness, relevance, proportionality, appropriateness, or admissibility of any particular documents or information; and (ii) do not waive the right to object to Defendants' discovery requests on any basis.[1]

These initial disclosures are based on information reasonably available to Plaintiffs at this time. Plaintiffs are continuing their investigation of this case, and discovery is in its preliminary stages. Discovery may reveal additional documents, individuals, and/or entities likely to have discoverable information that Plaintiffs may use to support their claims contained in the Second Amended Class Action Complaint for Violations of the Securities Laws of the United States and the United Kingdom (ECF 98) ("Complaint"). As such, Plaintiffs reserve the right to clarify, amend, modify, or supplement the information contained in these initial disclosures in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules for the Central District of California ("Local Rules").

---

[1] "Defendants" are Barclays PLC ("Barclays" or the "Company"), Nigel Higgins ("Higgins"), and James E. Staley ("Staley").

4908-5438-8574.v1

## II. DISCLOSURE OF PERSONS WHO MAY HAVE DISCOVERABLE INFORMATION PURSUANT TO RULE 26(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiffs believe the individuals and entities identified herein may have discoverable information pursuant to Rule 26(a)(1)(A)(i) of the Federal Rules of Civil Procedure concerning the allegations in the Complaint.[2] These disclosures are made based upon information reasonably available to Plaintiffs at this stage of the litigation and without prejudice to Plaintiffs' rights to identify or rely on facts provided by additional witnesses since discovery is in its preliminary stages. Plaintiffs incorporate by reference all individuals identified by Defendants in their initial disclosures and reserve the right to rely upon the testimony of all such individuals in support of their claims.

As indicated below, the following parties and non-parties may possess discoverable information pertaining to subjects including:

(a) The Company's management structure and board oversight and governance before, during, and after the Class Period;[3]

(b) The nature of James Staley and Jeffrey Epstein's relationship;

(c) The nature of the relationship between Jeffrey Epstein and members of Staley's family;

(d) The drafting of Barclays' October 8, 2019 letter to the United Kingdom's Financial Conduct Authority ("FCA");

(e) The FCA's inquiry leading up to the October 8, 2019 letter and its subsequent investigation;

(f) Documents or testimony provided in the course of the FCA's inquiry and investigation;

---

[2] Plaintiffs have identified addresses and telephone numbers where known but makes no representations as to the accuracy of such information, particularly with respect to any third parties that have been identified.

[3] The "Class Period" is July 22, 2019 through October 12, 2023.

4908-5438-8574.v1

(g) Barclays' internal investigation and the evidence collected regarding Staley's relationship with Epstein resulting in Barclays' October 8, 2019 letter to the FCA;

(h) Barclays' internal inquiries, investigation, or analyses conducted upon notice that the FCA was opening an investigation regarding the October 8, 2019 letter;

(i) Barclays and its Board of Directors' ("Board") assessment of the financial, operational, regulatory, or reputational impact of Staley's relationship with Epstein;

(j) Staley's departure from Barclays;

(k) Defendants' statements or communications to investors, the media, analysts, and other third parties about Staley's relationship with Epstein and the FCA investigation;

(l) Media and analyst coverage of Barclays during the relevant time period;

(m) Barclays' filings with the U.S. Securities and Exchange Commission ("SEC") and filings published via the London Stock Exchange's Registered News Service;

(n) Defendants' communications with U.S. governmental authorities, including the SEC, concerning Staley's relationship with Epstein or the FCA investigation;

(o) Barclays' failure to disclose the nature of Staley's relationship with Epstein and that the nature of their relationship was not accurately represented to the FCA;

(p) Staley and Higgins' compensation;

(q) The Board's decisions regarding Staley's remuneration;

(r) Persons and entities that controlled Barclays;

(s) The expected or actual impact of Defendants' misrepresentations and omissions on the price of Barclays' securities;

(t) The causes of the stock drops on the alleged corrective disclosure dates; and

(u) Defendants' initial disclosures and affirmative defenses.

**A.    Plaintiffs**

Plaintiffs are likely to have discoverable information concerning their purchases and sales of Barclays American Depositary Receipts ("ADRs") and ordinary shares. Plaintiffs may be contacted through their undersigned counsel.

| Name | Contact Information | Subject of Information |
|---|---|---|
| Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees ("Teamsters") | c/o Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street<br>Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545 | Lead Plaintiff's transactions in Barclays' ADRs during the relevant period |
| The Firemen's Retirement System of St. Louis ("St. Louis Firemen") | c/o Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street<br>Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545 | Plaintiff's transactions in Barclays' ordinary shares during the relevant period |

B.   **Investment Managers**

The following investment managers may have discoverable information concerning the purchase and sale of Barclays' securities on behalf of Plaintiffs:

| Name | Contact Information | Subject of Information |
|---|---|---|
| Teamsters | Todd Asset Management<br>101 South 5th Street<br>Suite 3100<br>Louisville, KY 40202<br>Telephone: 502/585-3121 | Lead Plaintiff's transactions in Barclays' ADRs during the relevant period |
| St. Louis Firemen | Fisher Investments<br>13100 Skyline Boulevard<br>Woodside, CA 94062<br>Telephone: 650/425-9357 | Plaintiff's transactions in Barclays' ordinary shares during the relevant period |

C.   **Defendants**

Defendants are likely to have discoverable information regarding the subject matter of Plaintiffs' claims as alleged in the Complaint and any purported defenses.

- 4 -

4908-5438-8574.v1

| Name | Contact Information | Subject of Information |
|---|---|---|
| Barclays PLC | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| James E. Staley | c/o Williams and Connolly LLP<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>Telephone: 202/434-5000 | (a)-(u) |
| Nigel Higgins | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |

### D. Current and Former Directors, Executives, and Employees of Barclays PLC

Defendants are in the best position to identify those with discoverable information relevant to the class claims. Defendants are also in the best position to know the contact information for such persons. Subject to and without waiving the reservations and disclaimers above, the following individuals are likely to have discoverable information regarding the subject matter of Plaintiffs' claims as alleged in the Complaint and any purported defenses.

| Name | Contact Information | Subject of Information |
|---|---|---|
| Ashley, Mike | Foundation for Credit Counseling<br>123 Albion Street<br>Leeds, LS2 8ER<br>United Kingdom<br>Telephone: +44 08001381111 | (a)-(u) |
| Bernard, Peter | Upstart Holdings, Inc.<br>2950 S. Delaware Street<br>Suite 410<br>San Mateo, CA 94403<br>Telephone: 833/212-2461 | (a)-(u) |
| Berry, Robert | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Breedon, Tim | Apax Global Alpha Limited<br>PO Box 656<br>East Wing, Trafalgar Court<br>Les Banques<br>St Peter Port, GY1 3PP<br>Guernsey<br>Telephone: +44 7979536650 | (a)-(u) |

4908-5438-8574.v1

| Name | Contact Information | Subject of Information |
|---|---|---|
| Cheshire, Sir Ian | Land Securities Group PLC<br>100 Victoria Street<br>London, SW1E 5JL<br>United Kingdom<br>Telephone: +44 (0) 20 7413 9000 | (a)-(u) |
| Citrino, Mary Anne | The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154<br>Telephone: 212/583-5000 | (a)-(u) |
| Cross, Alexander | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| da Silva, Elizabeth | HSBC Holdings PLC<br>8 Canada Square<br>Canary Wharf<br>Retail E14 5AH<br>United Kingdom<br>Telephone: +44 (0) 345 740 4404 | (a)-(u) |
| Dickinson, Lawrence | Barclays Private Bank Geneva<br>Chemin de Grange<br>1224 Chêne Bougeries<br>Geneva<br>Telephone: +41 (0) 22 819 5112 | (a)-(u) |
| Doherty, Stephen | Aviva PLC<br>80 Fenchurch Street<br>London, EC3M 4AE<br>United Kingdom<br>Telephone: +44 (0)20 7283 2000 (option 4) | (a)-(u) |
| El-Erian, Mohamed A. | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Everett, Kirsty | Not available | (a)-(u) |
| Ewart, Steven | Barclays Execution Services Limited<br>1 Churchill Place<br>London, E14 5HP<br>United Kingdom<br>Telephone: +44 020 7116 9000 | (a)-(u) |
| Fitzpatrick, Dawn | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Fitzwater, Matthew | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Francis, Mary | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |

4908-5438-8574.v1

| Name | Contact Information | Subject of Information |
|---|---|---|
| Gillies, Crawford | Kinnaird House<br>Dunkeld<br>Perthshire, PH8 OLB<br>Scotland | (a)-(u) |
| Gilvary, Alexander | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Hoskin, Thomas | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Hoyt, Robert | HSBC Holdings PLC<br>8 Canada Square<br>Canary Wharf<br>Retail E14 5AH<br>United Kingdom<br>Telephone: +44 (0) 345 740 4404 | (a)-(u) |
| Keelan, Helen | Irish Life<br>Lower Abbey Street<br>Dublin1<br>Ireland<br>Telephone: +353 (0) 1 704 1979 | (a)-(u) |
| Kingman, Sir John | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Lester, Matthew | ICG PLC<br>Procession House<br>55 Ludgate Hill,<br>London, EC4M 7JW<br>England<br>United Kingdom<br>Telephone: +44 (0) 20 3545 2000 | (a)-(u) |
| Morzaria, Tushar | Legal and General Group<br>One Coleman Street<br>London, EC2R 5AA<br>United Kingdom<br>Telephone: +44 20 3124 2000 | (a)-(u) |
| Moses, Marc | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Padovani, Laura | Deutsche Bank AG<br>Taunusanlage 12<br>60325 Frankfurt am Main<br>Germany<br>Telephone: +49 69 910-00 | (a)-(u) |

4908-5438-8574.v1

| Name | Contact Information | Subject of Information |
|---|---|---|
| Richter, Maria | Rexel Group<br>13 boulevard du Fort de Vaux<br>CS 60002 - 75838<br>Paris, Cedex 17<br>France<br>Telephone: +33 (0)1 42 85 85 00 | (a)-(u) |
| Scheuneman, Diane | 4801 Bonita Bay Boulevard Unit 1501<br>Bonita Springs, FL 34134<br>Telephone: 239/992-1442 | (a)-(u) |
| Scott, Jeremy | Not available | (a)-(u) |
| Shah, Taalib | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Shapiro, Stephen | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Thursby, Alexander | Giggleswick International Limited<br>Giggleswick School<br>Settle, North Yorkshire<br>BD24 0DE<br>United Kingdom<br>Telephone: +44 (0) 1729 893 000 | (a)-(u) |
| Venkatakrishnan, C.S. | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Vletter Van Dort, Helene | STMicroelectronics<br>Jean-Marc Chery<br>Chemin du Champ des Filles 39<br>1228 Plan-les-Ouates<br>Geneva<br>Switzerland<br>Telephone: +41 22 929 29 29 | (a)-(u) |
| Wiggins, Sasha | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |
| Wilson, Julia | c/o Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000 | (a)-(u) |

**E.     Government and Regulatory Bodies**

Plaintiffs believe the U.S. Securities and Exchange Commission, the United States Department of Justice, and U.K. financial regulatory bodies, including the FCA, and the following

4908-5438-8574.v1

individuals in particular, are likely to have discoverable information regarding Plaintiffs' claims, including, without limitation, the subjects identified below.

| Name | Contact Information | Subject of Information |
|---|---|---|
| Bailey, Andrew | Financial Stability Board Secretariat to the Financial Stability Board Bank for International Settlements Centralbahnplatz 2 CH-4002 Basel Switzerland Telephone: +41 61 280 8844 | (b)-(o) |
| Bank of England | Threadneedle Street London, EC2R 8AH United Kingdom Telephone: +44 020 3461 4444 | (b)-(o) |
| Carney, Mark | Office of the Prime Minister of Canada 80 Wellington Street Ottawa, ON K1A 0A2 Telephone: 613/957-5555 | (b)-(o) |
| Collins-Firth, Sarah | 12 Endeavour Square London, E20 1JN United Kingdom Telephone: +44 207 066 1000 | (b)-(o) |
| Davidson, Jonathan | Not available | (b)-(o) |
| Financial Conduct Authority | 12 Endeavour Square London, E20 1JN United Kingdom Telephone: +44 207 066 1000 | (b)-(o) |
| Prudential Regulation Authority | 20 Moorgate London, EC2R 6DA United Kingdom Telephone: +44 (0) 20 3461 7000 | (b)-(o) |
| Steward, Mark | Dubai Financial Services Authority Level 13, West Wing, The Gate, DIFC PO Box 75850 Dubai, UAE Telephone: +971 (0)4 362 1500 | (b)-(o) |
| U.S. Department of Justice | 950 Pennsylvania Ave NW Washington, DC 20530 Telephone: 202/514-2000 | (b)-(o) |
| U.S. Securities and Exchange Commission | 100 F Street, NE Washington, DC 20549 Telephone: 202/551-6551 | (b)-(o) |

- 9 -

4908-5438-8574.v1

| Name | Contact Information | Subject of Information |
|---|---|---|
| Woods, Sam | Bank of England<br>Threadneedle Street<br>London, EC2R 8AH<br>United Kingdom<br>Telephone: +44 020 3461 4444 | (b)-(o) |

### F.     Advisors and Attorneys

Plaintiffs believe that the following advisors and attorneys are likely to have discoverable information regarding Plaintiffs' claims, including, without limitation, the subjects identified below.

| Name | Contact Information | Subject of Information |
|---|---|---|
| Chance, Clifford | 10 Upper Bank Street<br>London, E14 5JJ<br>United Kingdom<br>Telephone: +44 20 7006 1000 | (a)-(q), (u) |
| Farmer, John | 12 Cherryville Stanton Road<br>Flemington, NJ 08822<br>Telephone: 908/328-8612 | (a)-(q), (u) |
| Harris, Kathleen | Arnold & Porter<br>Tower 42<br>25 Old Broad Street<br>London, EC2N 1HQ<br>United Kingdom<br>Telephone: +44 (0)20 7786 6100 | (a)-(q), (u) |
| Higgins, Nichola | Matrix Chambers London<br>Griffin Building<br>Gray's Inn<br>London, WC1R 5LN<br>United Kingdom<br>Telephone: +44 (0)20 7404 3447 | (a)-(q), (u) |
| Smith, Robert | New Park Court<br>16 Park Place<br>Leeds, LS1 2SJ<br>United Kingdom<br>Telephone: +44 (0)113 203 5504 | (a)-(q), (u) |

### G.     Investment Banks and Analyst Firms

Plaintiffs believe that the following investment banks and analyst firms are likely to have discoverable information regarding Plaintiffs' claims, including, without limitation, the subjects identified below.

4908-5438-8574.v1

| Name | Contact Information | Subject of Information |
|---|---|---|
| RBC Europe Limited | 100 Bishopsgate<br>London, EC2N 4AA<br>United Kingdom<br>Telephone: +44 207 653 4000 | (k)-(l) |
| Investec | 30 Gresham Street<br>London, EC2V 7QP<br>United Kingdom<br>Telephone: +44 (0)20 7597 4000 | (k)-(l) |
| Shore Capital Markets | 8A2 The Plaza,<br>100 Old Hall Street<br>Liverpool, L3 9QJ<br>United Kingdom<br>Telephone: +44 (0)151 600 3700 | (k)-(l) |
| Berenberg | 60 Threadneedle Street<br>London, EC2R 8HP<br>United Kingdom<br>Telephone: +44 20 3207 7800 | (k)-(l) |
| Kepler Cheuvreux | Kepler Cheuvreux France<br>112 Avenue Kleber<br>75016 Paris<br>France<br>Telephone: +33 1 53 65 35 00 | (k)-(l) |
| Credit Suisse | 5 Broadgate<br>London, EC2M 2QS<br>United Kingdom<br>Telephone: +44 20 7883 9900 | (k)-(l) |
| JPMorgan | 25 Bank Street<br>Canary Wharf<br>London, E14 5JP<br>United Kingdom<br>Telephone: +44 20 7742 4000 | (k)-(l) |
| UBS | 5 Broadgate<br>London, EC2M 2QS<br>United Kingdom<br>Telephone: +44-20 7567 8000 | (k)-(l) |

**H.     Media and News Sources**

Plaintiffs believe that the following media and news sources are likely to have discoverable information regarding Plaintiffs' claims, including, without limitation, the subjects identified below.

- 11 -

4908-5438-8574.v1

| Name | Contact Information | Subject of Information |
|---|---|---|
| The New York Times | 242 W 41st St<br>New York, NY 10036<br>Telephone: 212/556-1234 | (k)-(l) |
| The Wall Street Journal | 1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 800/568-7625 | (k)-(l) |
| Bloomberg | 731 Lexington Avenue<br>New York, NY 10022<br>Telephone: 212/318-2000 | (k)-(l) |
| Bloomberg Television | 731 Lexington Avenue<br>New York, NY 10022<br>Telephone: 212/318-2000 | (k)-(l) |
| Evening Standard | 2 Derry Street<br>London, W8 5TT<br>United Kingdom<br>Telephone: +44 (0) 20 3367 7000 | (k)-(l) |
| Financial Times | Bracken House<br>1 Friday Street<br>London, EC4M 9BT<br>United Kingdom<br>Telephone: +44 (0) 20 7873 3000 | (k)-(l) |
| The Mail on Sunday | Northcliffe House<br>2 Derry Street<br>Kensington, London, W8 5TT<br>United Kingdom<br>Telephone: +44 (0) 20 7938 6000 | (k)-(l) |

**I.     Other Third Parties**

Plaintiffs believe that the following media and news sources are likely to have discoverable information regarding Plaintiffs' claims, including, without limitation, the subjects identified below.

| Name | Contact Information | Subject of Information |
|---|---|---|
| JPMorgan Chase & Co. | 383 Madison Avenue<br>New York, NY 10017<br>Telephone: 212/270-6000 | (b)-(c), (f) |
| Debora Staley | 930 Park Avenue, Apt. 6N<br>New York, NY 10028<br>Telephone: 212/744-0770 | (b)-(c), (i)-(j), (o) |
| Alexa Staley | 2121 Webster Street<br>Apt. TH4<br>San Francisco, CA 94115<br>Telephone: 646/369-2256 | (b)-(c), (i)-(j), (o) |

- 12 -

4908-5438-8574.v1

| Name | Contact Information | Subject of Information |
|---|---|---|
| Sophia N. Stefanovic | 950 Park Avenue, Apt. 10A<br>New York, NY 10028<br>Telephone: 646/369-2259 | (b)-(c), (i)-(j), (o) |
| Bowdoin College Board of Trustees | 255 Main Street<br>Brunswick, ME 04011<br>Telephone: 207/725-3000 | (b)-(d), (g) |

### III. COPY OR DESCRIPTION BY CATEGORY OF DOCUMENTS AND TANGIBLE THINGS RELEVANT TO FACTS IN THE PLEADINGS UNDER RULE 26(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiffs, through their counsel, disclose that they have in their possession, custody, or control and may use to support the claims alleged in the Complaint: (i) records identifying and concerning Plaintiffs' transactions in Barclays securities; (ii) documents regarding Barclays that were publicly filed with the SEC and Regulatory News Service, or are publicly available media articles, press releases, and analyst reports; and (iii) documents referenced in the Complaint.

### IV. COMPUTATION OF DAMAGES UNDER RULE 26(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

As stated in the Complaint, Plaintiffs, on behalf of themselves and the proposed class, seek class-wide damages, including interest, reasonable costs, including attorneys' fees and expenses, and such equitable relief or other relief as the Court may deem just and proper. Plaintiffs reserve the right to seek other damages in this action.

**A.  Compensatory Damages**

The calculation of damages in this action requires expert testimony and discovery. Plaintiffs will provide their expert's opinion(s) on damages in accordance with Rule 26 and at the time set forth in the operative scheduling order (ECF 106).

**B.  Attorneys' Fees and Costs**

Plaintiffs' attorneys' fees and costs are being incurred on an ongoing basis, and Plaintiffs are presently unable to state the amount for this claim.

4908-5438-8574.v1

      **C.**    **Pre-Judgment and Post-Judgment Interest at the Highest Rate Permitted by Law**

Because the accrual of pre-judgment interest is ongoing and accrual of post-judgment interest will not begin to accrue until after the judgment is obtained, Plaintiffs are unable to calculate the amount owed at this time.

Plaintiffs reserve the right to seek any other damages to which they are legally entitled in this action.

**V.    ANY INSURANCE AGREEMENT UNDER WHICH AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY ALL OR PART OF A JUDGMENT UNDER RULE 26(a)(1)(A)(iv) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

This information sought by this portion of Rule 26(a)(1)(A)(iv) of the Federal Rules of Civil Procedure is inapplicable to Plaintiffs.

DATED: August 14, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL A. TRONCOSO
DANIELLE S. MYERS
ASHLEY M. PRICE

/s/ Ashley M. Price
---
ASHLEY M. PRICE

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
aprice@rgrdlaw.com

- 14 -

4908-5438-8574.v1

|   |   |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN <br> & DOWD LLP <br> SHAWN A. WILLIAMS |
| 3 | HADIYA K. DESHMUKH <br> SHAO-JIA CHANG |
| 4 | Post Montgomery Center <br> One Montgomery Street, Suite 1800 |
| 5 | San Francisco, CA  94104 <br> Telephone:  415/288-4545 |
| 6 | 415/288-4534 (fax) <br> shawnw@rgrdlaw.com |
| 7 | hdeshmukh@rgrdlaw.com <br> schang@rgrdlaw.com |
| 8 | |
| 9 | Lead Counsel for Lead Plaintiff |

- 15 -

4908-5438-8574.v1

## DECLARATION OF SERVICE BY EMAIL

I, RACHAEL ACOSTA, not a party to the within action, hereby declare that on August 14, 2025, I served the attached PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

| NAME | FIRM | EMAIL |
| --- | --- | --- |
| Shawn A. Williams | Robbins Geller Rudman & Dowd LLP | shawnw@rgrdlaw.com |
| Hadiya K. Deshmukh | Robbins Geller Rudman & Dowd LLP | hdeshmukh@rgrdlaw.com |
| Shao-Jia Chang | Robbins Geller Rudman & Dowd LLP | schang@rgrdlaw.com |
| Michael A. Troncoso | Robbins Geller Rudman & Dowd LLP | mtroncoso@rgrdlaw.com |
| Danielle S, Myers | Robbins Geller Rudman & Dowd LLP | dmyers@rgrdlaw.com |
| Ashley M. Price | Robbins Geller Rudman & Dowd LLP | aprice@rgrdlaw.com |

**COUNSEL FOR DEFENDANTS:**

| NAME | FIRM | EMAIL |
| --- | --- | --- |
| Adam S. Paris | Sullivan & Cromwell LLP | parisa@sullcrom.com |
| Jeffrey T. Scott | Sullivan & Cromwell LLP | scottj@sullcrom.com |
| Matthew J. Porpora | Sullivan & Cromwell LLP | porporam@sullcrom.com |
| Peter B. Morrison | Skadden, Arps, Slate, Meagher & Flom LLP | peter.morrison@skadden.com |
| Scott D. Musoff | Skadden, Arps, Slate, Meagher & Flom LLP | scott.musoff@skadden.com |
| Boris Bershteyn | Skadden, Arps, Slate, Meagher & Flom LLP | boris.bershteyn@skadden.com |
| Lara A. Flath | Skadden, Arps, Slate, Meagher & Flom LLP | lara.flath@skadden.com |
| Matthew Donald Umhofer | Umhofer, Mitchell & King LLP | matthew@umklaw.com |
| Elizabeth Mitchell | Umhofer, Mitchell & King LLP | elizabeth@umklaw.com |
| Brendan V. Sullivan, Jr. | Williams & Connelly LLP | bsullivan@wc.com |
| John M. McNichols | Williams & Connelly LLP | jmcnichols@wc.com |
| Stephen L. Wohlgemuth | Williams & Connelly LLP | swohlgemuth@wc.com |

4914-1245-4745.v1

| NAME | FIRM | EMAIL |
| --- | --- | --- |
| Jesse R. Westerhouse | Williams & Connelly LLP | jwesterhouse@wc.com |

**\*** Denotes service via hand delivery and email

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 14, 2025, at San Francisco, California.

RACHAEL ACOSTA