**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>Defendants. | Case No.: 2:23-cv-09217-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BARCLAYS PLC'S REQUEST FOR JUDICIAL NOTICE [ECF NO. #115]**<br><br>Date: November 13, 2025<br>Hearing Time: 10:00 A.M.<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

This matter comes before the Court on the Request for Judicial Notice (the "Request") filed by Defendant Barclays PLC in support of Defendant's Motion to Dismiss the Second Amended Complaint. The Court, having considered the Request, the accompanying Declaration of Adam S. Paris, and the accompanying Exhibits 1 and 2, and all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause therefor, hereby GRANTS the Request and takes judicial notice of Exhibits 1-2 attached to the Declaration of Adam S. Paris and ORDERS as follows:

1. Defendant's Request for judicial notice of Exhibits 1-2 and attached to the Declaration of Adam S. Paris is Granted.

IT IS SO ORDERED.

1

Dated: _____, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge