ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
SHAO-JIA CHANG (356004)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
schang@rgrdlaw.com
        – and –
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
ASHLEY M. PRICE (281797)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
aprice@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) BARCLAYS PLC, et al., ) ) Defendants. ) ) ) | Case No. 2:23-cv-09217-MEMF-KS CLASS ACTION DECLARATION OF ASHLEY M. PRICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO BARCLAYS PLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT DATE: November 13, 2025 TIME: 10:00 a.m. JUDGE: Hon. Maame Ewusi-Mensah Frimpong CTRM: 8B, 8th Floor |

4925-4764-4271.v1

I, ASHLEY M. PRICE, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts in the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees  and plaintiff The Firemen's Retirement System of St. Louis  (together, "Plaintiffs") in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.  This Declaration is made in support of Plaintiffs' Opposition to Barclays PLC's Motion to Dismiss the Second Amended Class Action.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Barclays' USA Banking locations, available at https://home.barclays/contact-us/americas/usa/, last visited on October 2, 2025;

Exhibit 2:    Pertinent excerpts of Barclays PLC Annual Report 2022;

Exhibit 3:    *The New York Times* article, How JPMorgan Enabled the Crimes of Jeffrey Epstein, dated September 8, 2025, available at https://www.nytimes.com/2025/09/08/magazine/jeffrey-epstein-jp-morgan.html?smid=em-share; and

Exhibit 4:    U.K. Financial Conduct Authority's Amended and Restated Memorandum of Understanding Concerning Consultation, Cooperation and the Exchange of Information Related to Market Oversight and the Supervision of Financial Services Firms, signed March 29, 2019, available at https://www.sec.gov/about/offices/oia/oia_multilateral/ukfca_mou_2019.pdf.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of October, 2025, at San Diego, California.

s/ Ashley M. Price
ASHLEY M. PRICE

- 1 -

4925-4764-4271.v1