# EXHIBIT 1

# Contact us

## Americas

View all regions

## USA

View all locations

## Corporate Banking

Barclays has a team of Corporate Banking Relationship Directors based in New York and Miami to support the international growth of American-parented multinational corporations and financial institutions across the UK and Europe.

Visit the Corporate Bank website to get in touch

## Investment Bank

### Atlanta
+ 1 404-262-4800
3344 Peachtree Road, Suite 950, Atlanta, GA 30326, USA

### Boston
+1 617 330 5800
125 High Street, Boston, MA 02110, USA

### Chicago
+ 1 312 609 7200
190 South La Salle Street, Chicago, IL 60603, USA

### Houston
+1 713 236 3950
609 Main Street, Suite 3300, Houston, TX  77002, USA

### Los Angeles
+1 310 481 2600
10250 Constellation Boulevard, 7th floor, Ste. 750, Los Angeles, CA 90067, USA

### Menlo Park
+1 650 289 6000
+1 650 321 2207 (FAX)
155 Linfield Drive, Menlo Park, CA 94025, USA

### New York
+1 212 526 7000
745 Seventh Avenue, New York, NY 10019, USA

## San Francisco
+1 415 263 3300

4 Embarcadero Center Suite 2500 San Francisco, CA 94111 USA

## Seattle
+1 206 233 2817

701 Fifth Avenue, Suite 7101, Seattle, WA 98104, USA

## Washington DC
+1 212-526-7000

2099 Pennsylvania Avenue NW Suite 410 Washington DC 20006

# Barclaycard
## Self Service
For quick transactions, please log in to your account, use the Barclays US app or call 1-877-523-0478

## General inquiries
(866) 928-8598

## International (Call us collect)
1-302-255-8888