# EXHIBIT 2



# Fulfilling our Purpose

**Our Purpose…**

We deploy finance responsibly to support people and businesses, acting with empathy and integrity, championing innovation and sustainability, for the common good and the long term.

**and our Values…**

Respect

Integrity

Service

Excellence

Stewardship

**influence our strategy…**

Our diversification, built to deliver double-digit returns

+

Strategic priorities to sustain and grow



**delivered through Group synergies…**

We work as one organisation to create synergies and deliver greater value.

**creating positive outcomes for our stakeholders.**

**Customers and clients**

**Colleagues**

**Society**

**Investors**

Case 2:23-cv-09217-MEMF-KS  Document 117-3  Filed 10/03/25  Page 4 of 8  Page ID #:5821

Parts 1, 2 and 3 of Barclays PLC 2022 Annual Report together comprise Barclays PLC's annual accounts and report for the purposes of Section 423 of the Companies Act 2006.

Please note that throughout the document, graphical representation of component parts may not cast due to rounding.

**Strategic report**

The Barclays PLC Strategic Report 2022 was approved by the Board of Directors on 14 February 2023 and signed on its behalf by the Chairman.

The Strategic Report 2022 is a part of Barclays PLC's Annual Report 2022 and is not the Group's statutory accounts. It does not contain the full text of the Directors' Report, and it does not contain sufficient information to allow as full an understanding of the results and state of affairs of the Group and of its policies and arrangements concerning Directors' remuneration as would be provided by the full Annual Report 2022.

**Report of the auditor**

The Auditor's report on the Financial statements of Barclays PLC for the year ended 31 December 2022 was unmodified, and its statement under Section 496 of the Companies Act 2006 was also unmodified (see page 399 of Part 3 of the Annual Report 2022).

## Inside Part 1

| Strategic report | 1 |
|---|---|
| Group overview | 2 |
| Prepared for the road ahead | 3 |
| Chairman's introduction | 4 |
| Chief Executive's review | 6 |
| Our business model | 10 |
| Our strategy | 12 |
| Section 172(1) statement | 16 |
| Engaging with our stakeholders | 21 |
| Key performance indicators | 23 |

**Customers and clients**

| Supporting our customers and clients | 26 |
|---|---|

**Colleagues**

| Our people and culture | 31 |
|---|---|

**Society**

| Making a difference | 39 |
|---|---|

**Investors**

| Summary financial review | 45 |
|---|---|
| Barclays UK | 49 |
| Barclays International: Corporate and Investment Bank | 52 |
| Barclays International: Consumer, Cards and Payments | 54 |
| Managing risk | 56 |
| Viability statement | 58 |
| Non-financial information statement | 60 |
| ESG ratings performance | 63 |
| ESG-related reporting and disclosures | 64 |
| TCFD Content Index | 65 |

| Shareholder information | 66 |
|---|---|
| Key dates, Annual General Meeting, dividends, and other useful information | 66 |

## Inside Part 2

| Climate and sustainability report | 69 |
|---|---|
| Introduction | 70 |
| Risks and opportunities | 73 |
| Implementing our climate strategy | 77 |
| Resilience of our strategy | 127 |

## Inside Part 3

| Governance | 141 |
|---|---|
| Governance contents | 141 |
| Board Governance | 142 |
| Directors' report | 143 |
| Remuneration report | 197 |
| Other Governance | 246 |

| Risk review | 264 |
|---|---|
| Risk review contents | 264 |
| Risk management | 266 |
| Material existing and emerging risks | 269 |
| Principal risk management | 282 |
| Risk performance | 296 |
| Supervision and regulation | 370 |

| Financial review | 378 |
|---|---|
| Financial review contents | 378 |
| Key performance indicators | 379 |
| Consolidated summary income statement | 381 |
| Income statement commentary | 382 |
| Consolidated summary balance sheet | 383 |
| Balance sheet commentary | 384 |
| Analysis of results by business | 385 |
| Non-IFRS performance measures | 392 |

| Financial statements | 397 |
|---|---|
| Financial statements contents | 397 |
| Consolidated financial statements | 416 |
| Notes to the financial statements | 424 |

Case 2:23-cv-09217-MEMF-KS    Document 117-3    Filed 10/03/25    Page 5 of 8    Page
ID #:5822

Strategic report · Shareholder information · Climate and sustainability report · Governance · Financial review · Financial statements · Barclays PLC Annual Report 2022    430

## Notes to the financial statements (continued)

For the year ended 31 December 2022

# Financial performance and returns

The notes included in this section focus on the results and performance of the Group. Information on the income generated, expenditure incurred, segmental performance, tax, earnings per share and dividends are included here. For further detail on performance, see income statement commentary within Financial Review (unaudited).

## 2 Segmental reporting

### Presentation of segmental reporting

The Group's segmental reporting is in accordance with IFRS 8 Operating Segments. Operating segments are reported in a manner consistent with the internal reporting provided to the Executive Committee, which is responsible for allocating resources and assessing performance of the operating segments, and has been identified as the chief operating decision maker. All transactions between business segments are conducted on an arm's-length basis, with intra-segment revenue and costs being eliminated in Head Office. Income and expenses directly associated with each segment are included in determining business segment performance.

The Group is a British universal bank diversified by business, geography and income type, serving consumer and wholesale customers and clients globally and for segmental reporting purposes it defines its two operating divisions as Barclays UK and Barclays International.

- Barclays UK consists of our UK Personal Banking, UK Business Banking and Barclaycard Consumer UK businesses. These businesses are carried on by our UK ring-fenced bank (Barclays Bank UK PLC) and certain other entities within the Group.
- Barclays International consists of our Corporate and Investment Bank and Consumer, Cards and Payments businesses. These businesses are carried on by our non ring-fenced bank (Barclays Bank PLC) and its subsidiaries, and certain other entities within the Group.

The below table also includes Head Office which comprises head office and legacy businesses, as well as the FTEs employed by Barclays Execution Services.

### Analysis of results by business

| | Barclays UK | Barclays International | Head Office | Group results |
|---|---|---|---|---|
| | £m | £m | £m | £m |
| **For the year ended 31 December 2022** | | | | |
| Total income | 7,259 | 17,867 | (170) | 24,956 |
| Operating costs | (4,260) | (10,361) | (336) | (14,957) |
| UK bank levy | (26) | (133) | (17) | (176) |
| Litigation and conduct | (41) | (1,503) | (53) | (1,597) |
| **Total operating expenses** | **(4,327)** | **(11,997)** | **(406)** | **(16,730)** |
| Other net income/(expenses)[a] | — | 28 | (22) | 6 |
| **Profit/(loss) before impairment** | **2,932** | **5,898** | **(598)** | **8,232** |
| Credit impairment charges | (286) | (933) | (1) | (1,220) |
| **Profit/(loss) before tax** | **2,646** | **4,965** | **(599)** | **7,012** |
| **Total assets (£bn)** | **313.2** | **1,181.3** | **19.2** | **1,513.7** |
| **Number of employees (full time equivalent)** | **6,200** | **10,900** | **70,300** | **87,400** |
| **Average number of employees (full time equivalent)** | | | | **83,900** |

**Note**

a   Other net income/(expenses) represents the share of post-tax results of associates and joint ventures, profit on disposal of subsidiaries, associates and joint ventures, and gains on acquisitions.

Case 2:23-cv-09217-MEMF-KS    Document 117-3    Filed 10/03/25    Page 6 of 8    Page
ID #:5823

Strategic report | Shareholder information | Climate and sustainability report | Governance | Financial review | Financial statements | Barclays PLC Annual Report 2022    431

# Notes to the financial statements (continued)

For the year ended 31 December 2022

| | Barclays UK | Restated[a] Barclays International | Head Office | Restated[a] Group results |
|---|---|---|---|---|
| | £m | £m | £m | £m |
| **For the year ended 31 December 2021** | | | | |
| Total income | 6,536 | 15,665 | (261) | 21,940 |
| Operating costs | (4,357) | (9,076) | (659) | (14,092) |
| UK bank levy | (36) | (134) | — | (170) |
| Litigation and conduct | (37) | (345) | (15) | (397) |
| **Total operating expenses** | (4,430) | (9,555) | (674) | (14,659) |
| Other net income[b] | — | 40 | 220 | 260 |
| **Profit/(loss) before impairment** | 2,106 | 6,150 | (715) | 7,541 |
| Credit impairment releases | 365 | 288 | — | 653 |
| **Profit/(loss) before tax** | 2,471 | 6,438 | (715) | 8,194 |
| **Total assets (£bn)** | 321.2 | 1,044.1 | 19.0 | 1,384.3 |
| **Number of employees (full time equivalent)[c]** | 7,100 | 10,400 | 64,100 | 81,600 |
| **Average number of employees (full time equivalent)** | | | | 82,900 |

**Notes**

a   2021 financial metrics have been restated to reflect the impact of the Over-issuance of Securities. See Restatement of financial statements (Note 1a) on page 428 for further details.

b   Other net income represents the share of post-tax results of associates and joint ventures, profit on disposal of subsidiaries, associates and joint ventures, and gains on acquisitions.

c   Barclays Execution Services Employees are reported within the Head Office Segment. Barclays UK transformed its business in 2021 and consolidated all Customer Care employees, who directly serve customers, into Barclays Execution Services to improve customer service and experience. Costs are recharged, while FTEs are reported within Head Office, as at 31 December 2021 10,700 FTEs were impacted by the move from Barclays UK to Head Office. The 2020 comparative figures have not been restated.

| | Barclays UK[a] | Barclays International[a] | Head Office | Group results |
|---|---|---|---|---|
| | £m | £m | £m | £m |
| **For the year ended 31 December 2020** | | | | |
| Total income | 6,347 | 15,921 | (502) | 21,766 |
| Operating costs | (4,270) | (8,765) | (399) | (13,434) |
| UK bank levy | (50) | (240) | (9) | (299) |
| Litigation and conduct | (32) | (48) | (73) | (153) |
| **Total operating expenses** | (4,352) | (9,053) | (481) | (13,886) |
| Other net income/(expenses)[b] | 18 | 28 | (23) | 23 |
| **Profit/(loss) before impairment** | 2,013 | 6,896 | (1,006) | 7,903 |
| Credit impairment charges | (1,467) | (3,280) | (91) | (4,838) |
| **Profit/(loss) before tax** | 546 | 3,616 | (1,097) | 3,065 |
| **Total assets (£bn)** | 289.1 | 1,041.8 | 18.6 | 1,349.5 |
| **Number of employees (full time equivalent)** | 21,300 | 10,800 | 50,900 | 83,000 |
| **Average number of employees (full time equivalent)** | | | | 81,800 |

**Notes**

a   On 1 April 2020, assets of £2.2bn relating to the Barclays Partner Finance business were moved from Barclays International to Barclays UK, with net operating income of £19m and loss before tax of £5m subsequently recognised in Barclays UK for the rest of 2020.

b   Other net income/(expenses) represents the share of post-tax results of associates and joint ventures, profit (or loss) on disposal of subsidiaries, associates and joint ventures, and gains on acquisitions.

### Income by geographic region[a]

| | 2022 | 2021 | 2020 |
|---|---|---|---|
| **For the year ended 31 December** | £m | £m | £m |
| United Kingdom | **14,908** | 11,256 | 11,211 |
| Europe | **2,321** | 2,372 | 2,059 |
| Americas | **6,353** | 7,199 | 7,425 |
| Africa and Middle East | **63** | 45 | 36 |
| Asia | **1,311** | 1,068 | 1,035 |
| **Total** | **24,956** | 21,940 | 21,766 |

### Income from individual countries which represent more than 5% of total income[a]

| | 2022 | 2021 | 2020 |
|---|---|---|---|
| **For the year ended 31 December** | £m | £m | £m |
| United Kingdom | **14,908** | 11,256 | 11,211 |
| United States | **6,176** | 7,048 | 7,318 |

**Note**

a   The geographical analysis is based on the location of the office where the transactions are recorded.

Case 2:23-cv-09217-MEMF-KS    Document 117-3    Filed 10/03/25    Page 7 of 8    Page 
ID #:5824

Strategic report    Shareholder information    Climate and sustainability report    Governance    Financial review    Financial statements    Barclays PLC Annual Report 2022    432

## Notes to the financial statements (continued)
For the year ended 31 December 2022

### 3 Net interest income

#### Accounting for interest income and expenses

Interest income on loans and advances at amortised cost and financial assets at fair value through other comprehensive income, and interest expense on financial liabilities held at amortised cost, are calculated using the effective interest method which allocates interest, and direct and incremental fees and costs, over the expected lives of the assets and liabilities.

The effective interest method requires the Group to estimate future cash flows, in some cases based on its experience of customers' behaviour, considering all contractual terms of the financial instrument, as well as the expected lives of the assets and liabilities.

The Group incurs certain costs to originate credit card balances with the most significant being co-brand partner fees. To the extent these costs are attributed to customers that continuously carry an outstanding balance (revolvers) and incremental to the origination of credit card balances, they are capitalised and subsequently included within the calculation of the effective interest rate. They are amortised to interest income over the period of expected repayment of the originated balance. Costs attributed to customers that settle their outstanding balances each period (transactors) are deferred on the balance sheet as a cost of obtaining a contract and amortised to fee and commission expense over the life of the customer relationship (refer to Note 4). There are no other individual estimates involved in the calculation of effective interest rates that are material to the results or financial position.

| | 2022 | 2021 | 2020 |
|---|---|---|---|
| | £m | £m | £m |
| Cash and balances at central banks | 2,916 | 184 | 275 |
| Loans and advances at amortised cost | 13,376 | 9,540 | 10,180 |
| Fair value through other comprehensive income | 1,963 | 550 | 776 |
| Negative interest on liabilities | 208 | 248 | 68 |
| Other | 633 | 718 | 593 |
| **Interest and similar income** | **19,096** | 11,240 | 11,892 |
| Deposits at amortised cost | (3,573) | (561) | (1,030) |
| Debt securities in issue | (3,240) | (1,340) | (1,360) |
| Subordinated liabilities | (530) | (507) | (670) |
| Negative interest on assets | (208) | (374) | (344) |
| Other | (973) | (385) | (366) |
| **Interest and similar expense** | **(8,524)** | (3,167) | (3,770) |
| **Net interest income** | **10,572** | 8,073 | 8,122 |

Interest and similar income presented above represents interest revenue calculated using the effective interest method. Costs to originate credit card balances of £786m (2021: £652m; 2020: £698m) have been amortised to interest and similar income during the year. Interest and similar income includes £59m (2021: £37m; 2020: £40m) accrued on impaired loans. Other interest expense includes £56m (2021: £64m;  2020:£70m) relating to IFRS 16 lease interest expenses.



### Our 2022 suite of Reports

**Barclays PLC Annual Report 2022**
A detailed review of Barclays' 2022 performance with disclosures that provide useful insight and go beyond reporting requirements. The 2022 report integrates our ESG (Environmental, Social and Governance), and DEI (Diversity, Equity and Inclusion) reporting, and incorporates our Task Force on Climate-related Financial Disclosures (TCFD) recommendations in this, the sixth year of disclosure.

**Barclays PLC Pillar 3 Report 2022**
A summary of our risk profile, its interaction with the Group's risk appetite, and risk management.

**Barclays PLC Fair Pay Report 2022**
An overview of our approach to pay, including the principles and policies of our Fair Pay agenda.

**Barclays PLC Country Snapshot 2022**
An overview of our global tax contribution as well as our approach to tax, including our UK tax strategy, together with our country-by-country data.

© Barclays PLC 2023
Registered office: 1 Churchill Place, London E14 5HP
Registered in England. Registered No: 48839