ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
SHAO-JIA CHANG (356004)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
schang@rgrdlaw.com
      – and –
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
ASHLEY M. PRICE (281797)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
aprice@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      vs.<br><br>BARCLAYS PLC, et al.,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:23-cv-09217-MEMF-KS<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER DENYING BARCLAYS PLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT [ECF 114] |

4936-9826-6991.v1

On September 5, 2025, Defendant Barclays PLC moved to dismiss Plaintiff Firemen's Retirement System of St. Louis's ("St. Louis Firemen") Section 90A claim under the Financial Services and Markets Act (the "Motion").  ECF 114.  Lead Plaintiff Teamsters Local 237 Additional Security Benefit Fund and St. Louis Firemen (collectively, "Plaintiffs") filed an opposition on October 3, 2025 (the "Opposition").  ECF 117.

The Court, having considered the Motion, the Opposition, all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby DENIES the Motion in its entirety and ORDERS as follows:

1.    Defendant Barclays PLC's Motion is DENIED in its entirety.

IT IS SO ORDERED.

DATED:  _____    _____
                                  THE HONORABLE
                                   MAAME EWUSI-MENSAH FRIMPONG
                                  UNITED STATES DISTRICT JUDGE

- 1 -

4936-9826-6991.v1