**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>Defendants. | Case No.: 2:23-cv-09217-MEMF-KS<br><br>**ORDER GRANTING STIPULATION REGARDING MODIFICATION OF WORD LIMITS [DKT NO. 120]**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Ctrm: 8B |

On October 10, 2025, the Parties[1] filed a joint stipulation regarding the word limits applicable to Barclays' opening and reply briefs in connection with its motion to dismiss.  ECF No. 120.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

---

[1] The Parties are plaintiff The Firemen's Retirement System of St. Louis and defendant Barclays PLC.

1

To compensate for the 3,027 words used beyond the Rule 11.6 limit in Barclays' opening brief, Barclays' reply brief in support of its motion to dismiss shall not exceed 3,970 words.

IT IS SO ORDERED.

Dated: October 15, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge