# EXHIBIT 2

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
SHAO-JIA CHANG (356004)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
schang@rgrdlaw.com
        – and –
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
ASHLEY M. PRICE (281797)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
aprice@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BARCLAYS PLC, et al., <br><br> Defendants. | Case No. 2:23-cv-09217-MEMF-KS <br><br> CLASS ACTION <br><br> DECLARATION OF JOHN D. BREWER IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY THE CLASSES, APPOINT CLASS REPRESENTATIVES, AND APPOINT CLASS COUNSEL |

4938-6090-6107.v1

I, John D. Brewer, declare as follows:

1. I respectfully submit this declaration in support of Plaintiffs' Motion to Certify the Classes, Appoint Class Representatives, and Appoint Class Counsel ("Motion for Class Certification"). I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Executive Director of The Firemen's Retirement System of St. Louis ("St. Louis Firemen"). St. Louis Firemen provides retirement, disability, death, and survivor benefits to over 1,100 active and retired participants and their beneficiaries.

3. During the Class Period (July 22, 2019 through October 12, 2023, inclusive), as identified in the operative Second Amended Class Action Complaint for Violations of the Securities Laws of The United States and the United Kingdom (ECF 98) (the "Complaint"), St. Louis Firemen purchased or acquired more than 280,000 Barclays ordinary shares.

4. I, on behalf of St. Louis Firemen, have monitored the progress of this litigation. I have regularly conferred with Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or "Lead Counsel") concerning the litigation and overseen their efforts in prosecuting the case. In connection with St. Louis Firemen's oversight and direction of the litigation, I have received and reviewed key documents and pleadings filed with the Court including, but not limited to, the operative and prior versions of the Complaint (ECF 1, 52, 98), legal briefs related to Defendants' motions to dismiss each of the referenced complaints (ECF 56, 58, 66, 69, 71, 73, 114, 117, 122), the Court's Amended Order Denying Staley's Motion to Dismiss and Granting in Part Barclays Bank's Motion to Dismiss (ECF 93), and the instant Motion for Class Certification.

5. St. Louis Firemen has also consulted with Lead Counsel about additional aspects of this litigation, including document collection and review, and has served Rule 26 disclosures in accordance with the Court's August 11, 2025 scheduling order. ECF 106.

6. St. Louis Firemen understands that as proposed Class Representative, it owes fiduciary duties to all members of the proposed Class to provide fair and adequate representation and is committed to continuing to direct the efforts of counsel to obtain the maximum recovery possible consistent with good faith and meritorious advocacy.

- 1 -

4938-6090-6107.v1

7.    St. Louis Firemen believes that Robbins Geller has substantial experience and expertise in prosecuting securities class actions and possesses the necessary financial and human resources to effectively prosecute all of the asserted claims.

8.    St. Louis Firemen will not accept any payment for serving as Class Representative beyond its *pro rata* share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the Class as ordered and approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th day of December, 2025, at St. Louis, Missouri.

Signed by:

*John D. Brewer*

0E0FD04069A244B...

JOHN D. BREWER
Executive Director

- 2 -

4938-6090-6107.v1