UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>         Plaintiffs,<br><br>  v.<br><br>BARCLAYS PLC, JAMES E. STALEY, AND NIGEL HIGGINS,<br><br>         Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE INSTITUTE OF INTERNATIONAL BANKERS FOR LEAVE TO FILE AMICUS BRIEF SUPPORTING DEFENDANTS' MOTION TO DISMISS ECF NO. 139** |

On January 16, 2026, the Institute of International Bankers ("IIB") filed with the court its motion for leave to file an *amicus brief* in support of Barclays PLC's ("Barclays") Motion to Dismiss the Second Amended Complaint.

The Court, having considered IIB's request and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1.  There is good cause to grant IIB's Motion for Leave.

2.  IIB shall file on the docket the proposed amicus brief within one court day of this order.

3.  Any Party seeking to file and serve any response to the Motion for Leave shall do so by January 30, 2026.

1

IT IS SO ORDERED.


Dated: January 16, 2026

———————————————————————

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge