Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3558

[ADDITIONAL COUNSEL ON SIGNATURE BLOCK]

*Attorneys for Defendants Barclays PLC and Nigel Higgins*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>   Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>**STIPULATION REGARDING CLASS CERTIFICATION SCHEDULE**<br><br>[[Proposed] Order Filed Concurrently]<br><br>Judge:  Hon. Maame Ewusi-Mensah Frimpong<br>Ctrm:  8B |

STIPULATION REGARDING CASE SCHEDULE

Defendants Barclays PLC ("Barclays"), Nigel Higgins, and James E. Staley (collectively, "Defendants"), Lead Plaintiff Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees ("Teamsters"), and Plaintiff the Firemen's Retirement System of St. Louis ("St. Louis," and together with Teamsters, the "Plaintiffs," and collectively with Defendants, the "Parties"), through the undersigned counsel, hereby agree and stipulate to the following matters:

**WHEREAS**, on August 1, 2025, Defendants filed a motion to enforce the stay of discovery pursuant to the Private Securities Litigation Reform Act of 1995 (the "Motion to Stay"; ECF No. 102), and Plaintiffs subsequently opposed that motion on August 15, 2025 (ECF No. 108);

**WHEREAS**, on August 1, 2025, Plaintiffs served their first set of requests for production on Defendants;

**WHEREAS**, on August 6, 2025, the Parties agreed that Defendants' deadline to respond to Plaintiffs' first set of requests for production would be fourteen days after the earlier of either (1) the Court's denial of Defendants' Motion to Stay, which was then scheduled to be heard on October 2, 2025, or (2) if that motion is granted, the lifting of the stay upon resolution of Barclays' Motion to Dismiss the claim asserted against Barclays under Section 90A of the U.K. Financial Services and Markets Act 2000 (ECF No. 114), which was then scheduled to be heard November 13, 2025;

**WHEREAS**, on August 11, 2025, the Court entered the Civil Trial Order (ECF No. 106), which provided, among other things, that (i) Plaintiffs' motion for class certification was due on December 12, 2025, (ii) Defendants' opposition to class certification was due on February 10, 2026, (iii) Plaintiffs' reply in support of class certification was due on March 12, 2026, and (iv) the hearing on the motion for class certification was scheduled for April 16, 2026;

**WHEREAS**, on November 26, 2025 and December 10, 2025, Defendants served their first sets of requests for production and their first set of interrogatories on Plaintiffs;

**WHEREAS**, also on November 26, 2025, Defendants issued subpoenas *duces tecum* on Plaintiffs' non-party investment managers;

**WHEREAS**, on December 12, 2026, Plaintiffs filed a motion for class certification in accordance with the Court's Civil Trial Order (ECF No. 126);

**WHEREAS**, on December 24, 2025 and January 9, 2026, Plaintiffs timely served their objections and responses to Defendants' discovery requests;

**WHEREAS**, on January 6, 2026, the Parties met and conferred regarding Defendants' discovery requests, and while Plaintiffs noted Defendants' pending Motion to Stay, Plaintiffs agreed to produce documents in advance of Defendants' deadline to oppose class certification;

**WHEREAS**, on January 8, 2026, the Court heard argument on the Motion to Stay and took the matter under submission (ECF No. 129);

**WHEREAS**, the Court was scheduled to hear argument on January 22, 2026, on Barclays' pending motion to dismiss the claims asserted by St. Louis under Section 90A of the U.K. Financial Services and Markets Act 2000, but the Court issued an order taking the hearing off the calendar and stating that it will set the motion for a new argument or take it under submission within 60 days (ECF No. 141);

**WHEREAS**, no documents have been produced in response to the discovery served to date; and

**WHEREAS**, the Parties have met and conferred and agreed that, in light of the pending motions and hearings on them, good cause exists to extend the class certification deadlines set forth in the Civil Trial Order (ECF No. 106) in the interest of judicial economy and to avoid imposing potentially unnecessary burden and expense on the Parties and third parties.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, subject to the Court's approval:

1. Defendants will file their opposition to class certification 45 days after the Court issues an order on Barclays' pending motion to dismiss (ECF No. 114), and Plaintiffs will file their reply in support of class certification 45 days after the filing of Defendants' opposition.

2. The hearing on the motion for class certification scheduled for April 16, 2026 is adjourned; after the Court issues an order on Barclays' pending motion to dismiss, the Parties promptly will meet and confer and propose a date for the hearing to the Court within 7 days of the Court's order on the motion dismiss.

Dated:  January 21, 2026

/s/ *Adam S. Paris*
Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3558

Peter B. Morrison (SBN # 230148)
(peter.morrison@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:     (213) 687-5000
Facsimile:      (213) 687-5600

Scott D. Musoff (*pro hac vice*)
(scott.musoff@skadden.com)
Boris Bershteyn (*pro hac vice*)

(boris.bershteyn@skadden.com)
Lara A. Flath (*pro hac vice*)
(lara.flath@skadden.com)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:   (212) 735-3000
Facsimile:   (212) 735-2000

*Attorneys for Defendants Barclays PLC and Nigel Higgins*

*/s/ Matthew Donald Umhofer*
Matthew Donald Umhofer (SBN # 206607)
Elizabeth Mitchell (SBN # 251139)
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, California 90021
Telephone:  (213) 394-7979

Brendan V. Sullivan, Jr. (*pro hac vice*)
(bsullivan@wc.com)
Stephen L. Wohlgemuth (*pro hac vice*)
(swohlgemuth@wc.com)
WILLIAMS & CONNELLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:   (202) 434-5183

*Attorneys for Defendant James E. Staley*

/s/ *Ashley M. Price*
Ashley M. Price
(aprice@rgrdlaw.com)
Michael A. Troncoso
(mtroncoso@rgrdlaw.com)
Danielle S. Myers
(dmyers@rgrdlaw.com)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101-8498
Telephone:   (619) 231-1058
Facsimile:    (619) 231-7423

Shawn A. Williams
(shawnw@rgrdlaw.com)
Hadiya K. Deshmukh
hdeshmukh@rgrdlaw.com
Shao-Jia Chang
schang@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Franscisco, California 94104
Telephone:   (415) 288-4545
Facsimile:    (415) 288-4534

*Attorneys for Plaintiffs*

-6-

STIPULATION REGARDING CASE SCHEDULE

# SIGNATURE CERTIFICATE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 21, 2026

SULLIVAN & CROMWELL LLP

/s/ *Adam S. Paris*
Adam S. Paris

*Attorney for Defendant Barclays PLC and Nigel Higgins*