UMHOFFER, MITCHELL & KING LLP
MATTHEW DONALD UMHOFER (SBN 206607)
ELIZABETH A. MITCHELL (SBN 251139)
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone:  213/394-7979
matthew@umklaw.com
elizabeth@umklaw.com

– and –

WILLIAMS & CONNOLLY LLP
BRENDAN V. SULLIVAN, JR. (admitted *pro hac vice*)
STEPHEN L. WOHLGEMUTH (admitted *pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:  202/434-5800
bsullivan@wc.com
swohlgemuth@wc.com

Counsel for Defendant James Staley

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BARCLAYS BANK PLC, et al., <br><br> Defendants | Case No. 2:23-cv-09217-MEMF-KS <br><br> **DEFENDANT JAMES E. STALEY'S STATEMENT REGARDING HIS OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE CLASSES** <br><br> Hearing Date:   April 16, 2026 <br> Time:   10:00 AM <br> Courtroom:   8B <br> Hon. Maame Ewusi-Mensah Frimpong |

*DEFENDANT JAMES E. STALEY'S STATEMENT REGARDING HIS OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE CLASSES*

Defendant James Staley joins in Barclays' and Higgins' statement regarding their opposition to Plaintiffs' motion to certify the class, Dkt. No. 150, and hereby adopts and incorporates the arguments set forth therein.  Accordingly, this Court should approve the stipulation and sign the proposed order so that briefing on Plaintiffs' motion to certify the classes can proceed in accordance with the PSLRA and the parties' agreement.

DATE: February 10, 2026          UMHOFER, MITCHELL & KING LLP


*s/ Elizabeth A. Mitchell*
Matthew Donald Umhofer
Elizabeth A. Mitchell

WILLIAMS & CONNOLLY LLP

Brendan V. Sullivan, Jr. (admitted *pro hac vice*)
Stephen L. Wohlgemuth (admitted *pro hac vice*)

Counsel for Defendant James Staley

1

*DEFENDANT JAMES E. STALEY'S STATEMENT REGARDING HIS OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE CLASSES*

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for James Staley, certifies that this submission contains 65 words, which complies with the word limit set in Section VIII.C of the Court's Civil Standing Order, dated August 27, 2025, and Local Civil Rule 11-6.

DATE: February 28, 2025    UMHOFER, MITCHELL & KING LLP


          *s/ Elizabeth A. Mitchell*
          Matthew Donald Umhofer
          Elizabeth A. Mitchell

          WILLIAMS & CONNOLLY LLP

          Brendan V. Sullivan, Jr. (admitted *pro hac vice*)
          Stephen L. Wohlgemuth (admitted *pro hac vice*)

          Counsel for Defendant James Staley

*DEFENDANT JAMES E. STALEY'S STATEMENT REGARDING HIS OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE CLASSES*