**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,

Defendants.

Case No.:  2:23-cv-09217-MEMF-KS

**ORDER GRANTING STIPULATION REGARDING CLASS CERTIFICATION SCHEDULE [DKT. NO. 142]**

On January 21, 2026, Defendants Barclays PLC, Nigel Higgins, and James E. Staley, Lead Plaintiff Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees, and Plaintiff the Firemen's Retirement System of St. Louis (the "Parties") filed a stipulation seeking extensions of the class certification deadlines set forth in the Civil Trial Order (Dkt. No. 106). Dkt. No. 142 ("Stipulation").

1

The Court, having considered the Parties' Stipulation (Dkt. No. 142) and finding good cause therefor, hereby GRANTS the Stipulation in its entirety and ORDERS as follows:

1. Defendants will file their opposition to class certification 45 days after the Court issues an order on Barclays' pending motion to dismiss (Dkt. No. 114), and Plaintiffs will file their reply in support of class certification 45 days after the filing of Defendants' opposition.

2. The hearing on the motion for class certification scheduled for April 16, 2026 is adjourned; after the Court issues an order on Barclays' pending motion to dismiss, the Parties promptly shall meet and confer and propose a date for the hearing to the Court within 7 days of the Court's order on the motion dismiss.

IT IS SO ORDERED.

Dated: February 19, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge