UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:23-cv-09217-MEMF-KS                                    Date: February 19, 2026

Title    *Stephen Merritt v. Barclays PLC et al*

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order GRANTING the Institute of International Bankers's Motion for Leave to file as Amicus Curiae in Support of Defendant Barclays PLC's Motion to Dismiss the Second Amended Complaint [Dkt. No. 140]**

Before this Court is the Institute of International Bankers' ("IIB" or "amicus") Motion for Leave to file as amicus curiae a brief in support of the Motion to Dismiss the Second Amended Complaint filed by Defendant Barclays PLC ("Barclays"). Dkt. No. 140 ("Motion"). Plaintiff Teamsters Local 237 Additional Security Benefits Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees (the "Teamsters Funds") and Plaintiff The Firemen's Retirement System of St. Louis ("The Firemen"; together with the Teamster Funds, collectively as "Plaintiffs") filed an opposition to the Motion. Dkt. No. 143 ("Opposition"). For the reasons below, the Motion is GRANTED.

**Factual and Procedural Background**

The First Amended Complaint, filed on August 12, 2024, brings three claims against Defendants Barclays, Nigel Higgins, and James E. Staley (collectively, "Defendants"). *See generally* Dkt. No. 52 ("1AC"). On June 24, 2025, this Court issued an Order denying Defendant Staley's Motion to Dismiss and granting in part Defendant Barclays's Motion to Dismiss. *See* Dkt. No. 84 ("Order"). In its Order, this Court found that: (1) it would not dismiss Claim Three under the doctrine of forum non conveniens; and (2) the Firemen insufficiently pleaded a dishonest delay claim, because "the 2023 Press Release [was] based specifically on the FCA Decision, and thus could not have been disclosed earlier, and "the 2023 Press Release [was] specifically based on the FCA's final determination and not on what Defendants independently may have known." *See id.* at 20-23.3

The Second Amended Complaint was filed on July 24, 2025, and alleged the same three claims. *See generally* Dkt. No. 98 ("2AC"). Claim Three—brought only against Defendant Barclays by

---

| CV-90 (03/15) | Civil Minutes – General | Page **1** of **4** |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:23-cv-09217-MEMF-KS                                    Date: February 19, 2026

Title   _Stephen Merritt v. Barclays PLC et al_

the Firemen—alleges that Barclays dishonestly delayed the publication of information regarding Staley's close relationship with Epstein, which Barclays knew about, in violation of Section 90A of the FSMA of the United Kingdom ("Section 90A"). *See id.* ¶¶ 164–70.

On September 5, 2025, Barclays filed a Motion to Dismiss the 2AC. Dkt. No. 114. The Firemen filed an Opposition to the Motion on October 3, 2025. Dkt. No. 117. Barclays filed a Reply on October 20, 2025. Dkt. No. 122. Barclays moves to dismiss Claim Three contending that this Court should dismiss under forum non conveniens or international comity grounds, and that regardless the Firemen have failed to state a Section 90A claim on the merits. *See generally* Motion.

Now, on January 16, 2026, the Institute of International Bankers filed a motion for leave to file as amicus curiae in support of Barclays's Motion to Dismiss the 2AC. *See* Motion. Plaintiffs filed an opposition to the Motion. *See* Opposition. On January 28, 2025, the Institute of International Bankers filed a reply. *See* Dkt. No. 149 ("Reply").

**Legal Standard**

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court." *WildEarth Guardians v. Haaland*, 2021 WL 4263831, at *10 (C.D. Cal. Sept. 20, 2021) (quoting *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991)). Courts have granted amicus status "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of Env't v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999) (citing *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982)). Although some courts disfavor amicus participation, this Court finds it "preferable to err on the side of" permitting such briefs. *Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128, 133 (3d Cir. 2002). "If an amicus brief that turns out to be unhelpful is filed, the [Court] ... can then simply disregard the amicus brief. On the other hand, if a good brief is rejected, the [Court] will be deprived of a resource that might have been of assistance." *Id*

**Discussion**

IIB argues that its participation is "particularly appropriate," because the Firemen's claims raise issues of international comity and the impact on foreign law, so it offers a perspective that would

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.    2:23-cv-09217-MEMF-KS                                    Date: February 19, 2026

Title    _Stephen Merritt v. Barclays PLC et al_

be helpful. *See* Motion at 7. Moreover, IIB contends that its unique perspective on "ensur[ing] that federal and state banking laws and regulations provide international financial institutions operating in the United States with the same competitive opportunities as domestic organization" would provide valuable insight for this Motion to Dismiss the 2AC. *See id.* at 7-8.

Plaintiffs in opposition contend that there is no need for IIB's advocacy because of Barclays' legal representation and expert declarations used in support of its Motion to Dismiss the 2AC, and that IIB does not offer anything "new of substance." *See* Opposition at 1.

Here, the Court finds that IIB offers insight into this case. This action involves a claim under Section 90A of the Financial Services and Markets Act ("FSMA") of the United Kingdom ("Section 90A") against Barclays, a publicly held bank headquartered in London, with ordinary shares of Barclays traded on the London Stock Exchange. *See* 2AC ¶¶ 1, 5, 45. IIB's purpose is to "ensure that federal and state banking laws and regulations provide international financial institutions operating in the United States with the same competitive opportunities as domestic organization." Motion at 7-8. The Court finds that IIB's brief offers insight and different analysis into the enactment of Section 90A and operation of U.K. law that Barclays' Motion to Dismiss did not. *See* Dkt. No. 140-1 at 12-13, 15-18; *see also* Reply at 2. Plaintiffs contend that IIB's amicus brief merely repeats the same arguments as Barclays' Motion to Dismiss and thus offers no insight, *see* Opposition at 4-5, but the Court does find some useful differences, *see* Dkt. No. 140-1 at 12-13, 15-18. And either way, if the Court later finds that IIB's brief is not helpful, it can "simply disregard the amicus brief." *Neonatology Assocs., P.A.*, 293 F.3d at 133.

Moreover, Plaintiffs argue that IIB's Motion is "untimely and would disrupt the orderly resolution of a fully briefed motion to dismiss." *See* Opposition at 6. IIB does not address timeliness in its Motion. *See generally* Motion for Leave. The Federal Rules of Civil Procedure do not address requests to participate as amici, so district courts "rely on Federal Rule of Appellate Procedure 29 ('Rule 29')" when considering such requests. *United States v. State Water Res. Control Bd.*, No. 219CV000547DADEPG, 2020 WL 9144006, at *3 (E.D. Cal. Apr. 23, 2020). Rule 29 requires that a motion for leave to file an amicus brief – and the proposed amicus brief itself – be filed "no later than 7 days after the principal brief of the party being supported is filed." Fed. R. App. P. 29(a)(6). Here, IIB did not file its brief on time, but because the 2AC hearing will be re-scheduled, *see* Dkt. No. 141, the Court does not find that Plaintiffs will face any prejudice with this delay. The Court though admonishes Barclays and IIB for filing this Motion a week before the Motion to Dismiss was initially scheduled, and it warns that it may issue an order to show cause regarding sanctions if the Court finds Barclays abuses the judicial process in the future.

Finally, Plaintiffs contend that IIB seeks to advance the interests of Barclays, so IIB's brief would serve as a "one-sided advocacy on behalf of a party already represented by experienced

---

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:23-cv-09217-MEMF-KS                                   Date: February 19, 2026

Title    *Stephen Merritt v. Barclays PLC et al*

counsel." *See* Opposition at 7-8 (citing *Universal Oil Prods. Co. v. Root Ref. Co.*, 328 U.S. 575, 581 (1946)). But "there is no rule that amici must be totally disinterested." *Funbus Sys., Inc. v. State of Cal. Pub. Utilities Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986). Thus, the Court is not persuaded by this argument. Also, *Universal Oil Prods. Co* is distinguishable because unlike the amici in *Universal Oil*, IIB was not "selected by the court to vindicate its honor." Plaintiffs may seek leave to file an amicus brief of their own if they so wish.

Accordingly, the Court finds that IIB's Motion is GRANTED.

**Conclusion**

For the reasons stated above, this Court ORDERS as follows:

1. IIB shall file on the docket the proposed amicus brief within one court day of this order; and
2. Any Party seeking to file and serve any response to the amicus brief shall do so by February 24, 2026.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | DBE |