ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
SHAO-JIA CHANG (356004)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
schang@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
ASHLEY M. PRICE (281797)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
aprice@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BARCLAYS PLC, et al., <br><br> Defendants. | Case No. 2:23-cv-09217-MEMF-KS <br><br> <u>CLASS ACTION</u> <br><br> STIPULATION REGARDING CASE SCHEDULE |

4925-4287-8148.v1

Lead Plaintiff Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees ("Plaintiff") and Defendants Barclays PLC ("Barclays"), Nigel Higgins, and James E. Staley (collectively, "Defendants"; together with Plaintiff, the "Parties"), through the undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on July 9, 2025, Defendants filed the Motion for Reconsideration or, Alternatively, Certification of Interlocutory Appeal ("Motion for Reconsideration") (ECF 92);

WHEREAS, on August 1, 2025, Defendants filed the Motion to Modify Scheduling Order Pursuant to the Private Securities Litigation Reform Act's Automatic Discovery Stay and to Defer Scheduling Conference ("Motion to Stay") (ECF 102);

WHEREAS, on August 11, 2025, the Court entered the Civil Trial Order, which set forth the operative case schedule, including the deadlines for briefing and hearing Plaintiff's motion for class certification as follows (ECF 106):

| Event | Date |
|---|---|
| Class Certification – Motion for Class Certification Deadline | 12/12/2025 |
| Class Certification – Opposition Deadline | 02/10/2026 |
| Class Certification – Reply Deadline | 03/12/2026 |
| Class Certification Motion Hearing | 04/16/2026 |

WHEREAS, on September 5, 2025, Barclays filed the Motion to Dismiss the Second Amended Complaint (ECF 114);

WHEREAS, Plaintiff timely opposed the motion to dismiss on October 3, 2025 (ECF 117), and Barclays timely replied on October 20, 2025 (ECF 122), in accordance with the Parties' stipulation that the Court approved on August 14, 2025 (ECF 109);

WHEREAS, on December 12, 2025, in accordance with the Civil Trial Order, Plaintiff filed a motion for class certification (ECF 126);

WHEREAS, on January 8, 2026, the Court heard oral arguments on Defendants' Motion for Reconsideration and Motion to Stay, and took the motions under submission (ECF 129);

- 1 -

4925-4287-8148.v1

WHEREAS, on January 21, 2026, the Parties filed a stipulation seeking to extend the class certification deadlines and hearing set forth in the Civil Trial Order (ECF 142);

WHEREAS, on February 19, 2026, the Court granted the Parties' stipulation, setting the deadline to file the opposition to class certification 45 days after the Court issued an order on the motion to dismiss and the deadline to file the reply in support of class certification 45 days thereafter, and ordering the Parties to meet and confer within 7 days of the motion to dismiss to propose a date to hear the motion for class certification;

WHEREAS, on March 16, 2026, the Court entered a docket entry order, taking the motion to dismiss under submission (ECF 159);

WHEREAS, on July 28, 2026, the Court signed its Order Granting Barclays' Request for Judicial Notice, and Granting Barclays' Motion to Dismiss the Second Amended Complaint [Dkt. Nos. 114-15] (ECF 160);

WHEREAS, on July 28, 2026, the Court signed its Order Denying Defendants' Motion for Reconsideration or, Alternatively, Certification of Interlocutory Appeal [Dkt. No. 92-1] and Granting Defendants' Motion to Modify the Scheduling Order [Dkt. No. 102-1], directing the Parties to file a joint stipulation proposing new scheduling dates within 7 days of the order (ECF 161); and

WHEREAS, pursuant to the Court's orders, the Parties have conferred regarding a proposed schedule to govern the remaining pretrial and trial proceedings in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, subject to the Court's approval, that the following deadlines shall govern the above-captioned action:

| Event | Date |
|---|---|
| Deadline to Answer Third Amended Complaint | 09/04/2026 |
| Class Certification – Opposition Deadline | 09/14/2026 |
| Class Certification – Reply Deadline | 10/29/2026 |
| Class Certification Motion Hearing | 12/03/2026 |
| Fact Discovery Cut-Off | 08/05/2027 |
| Expert Disclosure (Initial) | 08/19/2027 |

4925-4287-8148.v1

| | |
|---|---|
| Expert Disclosure (Rebuttal) | 09/09/2027 |
| Expert Discovery Cut-Off | 09/23/2027 |
| Summary Judgment and *Daubert* Motions:<br> Service of Summary Judgment Opening Papers (*see* Civil Standing Order, §IX.D)<br> Filing of *Daubert* Motions | 10/07/2027 |
| Summary Judgment and *Daubert* Motions:<br> Service of Summary Judgment Opposition Papers (*see* Civil Standing Order, §IX.D)<br> Filing of *Daubert* Opposition Briefs | 11/16/2027 |
| Summary Judgment and *Daubert* Motions:<br> Filing of Joint Summary Judgment Brief with reply arguments (*see* Civil Standing Order, §IX.D)<br> Filing of *Daubert* Reply Briefs | 12/06/2027 |
| Combined Summary Judgment Motion and *Daubert* Motion(s) – Hearing | 01/20/2028 |
| Deadline to Complete Settlement Conference | 02/02/2028 |
| Last Date to Hear Motions | 02/18/2028 |
| Trial Filings (first round) | 04/12/2028 |
| Trial Filings (second round) | 04/26/2028 |
| Final Pretrial Conference | 05/10/2028 |
| Trial | 06/05/2028 |

DATED:  August 4, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
MICHAEL A. TRONCOSO
DANIELLE S. MYERS
ASHLEY M. PRICE

s/ Ashley M. Price
ASHLEY M. PRICE

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
aprice@rgrdlaw.com

- 3 -

4925-4287-8148.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
HADIYA K. DESHMUKH
SHAO-JIA CHANG
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com
schang@rgrdlaw.com

Lead Counsel for Lead Plaintiff

DATED:  August 4, 2026

SULLIVAN & CROMWELL LLP
ADAM S. PARIS (SBN #190693)

s/ Adam S. Paris

ADAM S. PARIS

1888 Century Park East
Los Angeles, CA  90067
Telephone:  310/712-6600
310/712-8800| (fax)
parisa@sullcrom.com

SULLIVAN & CROMWELL LLP
JEFFREY T. SCOTT (*pro hac vice*)
MATTHEW J. PORPORA (*pro hac vice*)
125 Broad Street
New York,  NY  10004
Telephone: 212/558-4000
212/558-3558 (fax)
scottj@sullcrom.com
porporam@sullcrom.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
PETER B. MORRISON (SBN # 230148)
2000 Avenue of the Stars, Suite 200N
Los Angeles,  CA 90067
Telephone:  213/687-5000
213/687-5600 (fax)
peter.morrison@skadden.com

- 4 -

4925-4287-8148.v1

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
SCOTT D. MUSOFF (*pro hac vice*)
BORIS BERSHTEYN (*pro hac vice*)
LARA A. FLATH (*pro hac vice*)
One Manhattan West
New York, NY  10001
Telephone:  212/735-3000
212/735-2000 (fax)
scott.musoff@skadden.com
boris.bershteyn@skadden.com
lara.flath@skadden.com

Attorneys for Defendants Barclays PLC and
Nigel Higgins

DATED:  August 4, 2026

UMHOFER, MITCHELL & KING LLP
MATTHEW D. UMHOFER (SBN # 206607)
ELIZABETH MITCHELL (SBN # 251139)

               s/ Elizabeth Mitchell
            ELIZABETH MITCHELL

767 S. Alameda Street, Suite 270
Los Angeles, CA  90021
Telephone:  213/394-7979
213/529-1027 (fax)
matthew@umklaw.com
elizabeth@umklaw.com

WILLIAMS & CONNOLLY LLP
BRENDAN V. SULLIVAN, JR. (*pro hac vice*)
STEPHEN L. WOHLGEMUTH (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC  20024
Telephone:  202/434-5800
202/434-5029 (fax)
bsullivan@wc.com
swohlgemuth@wc.com

Attorneys for Defendant James E. Staley

- 5 -

4925-4287-8148.v1

**CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Ashley M. Price, am the ECF User whose identification and password are being used to file this document.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

s/ Ashley M. Price
ASHLEY M. PRICE

4925-4287-8148.v1