# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHEN MERRITT, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>BARCLAYS PLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–09217–MEMF–KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___8/4/2026___

Document No.:  ___162___

Title of Document:  ___Third Amended Complaint___

**ERROR(S) WITH DOCUMENT:**

Caption of Third Amended Complaint should list all defendants in the case caption, not just the lead defendant "et al."

Other:

**Note:**  **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ August 5, 2026 _          By: _ /s/ Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov _
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS