Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3558

[ADDITIONAL COUNSEL ON BRIEF]

*Attorneys for Defendants Barclays PLC and Nigel Higgins*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,<br><br>Defendants. | Case No. 2:23-cv-09217-MEMF-KS<br><br>**DECLARATION OF ADAM S. PARIS IN SUPPORT OF BARCLAYS PLC AND NIGEL HIGGINS' OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE CLASSES**<br><br>[Barclays PLC and Nigel Higgins' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Certify the Classes]<br><br>Date: December 3, 2026<br>Time: 10:00 A.M.<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

I, Adam S. Paris, declare and state as follows:

1. I am an attorney at the law firm of Sullivan & Cromwell LLP, counsel to Defendants Barclays PLC and Nigel Higgins in this matter. I submit this declaration in support of Defendant Barclays PLC and Nigel Higgins' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Certify the Classes. Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would competently testify thereto.

2. Attached as Exhibits 1 through 8 hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Expert Report of René Stulz, Ph.D., dated September 14, 2026. |
| Exhibit 2 | Expert Report of Laura T. Starks, Ph.D., dated September 14, 2026. |
| Exhibit 3 | Barclays PLC Form 6-K, dated November 1, 2021. |
| Exhibit 4 | *Financial Times* article titled "Jes Staley exchanged 1,200 emails with Epstein that included unexplained phrases," dated November 12, 2021. |
| Exhibit 5 | *The Guardian* article titled "Ex-Barclays boss saw Jeffrey Epstein abuse young women, US lawsuit claims," dated January 18, 2023. |
| Exhibit 6 | *Wall Street Journal* article titled "Epstein Emails Show Ties to Bank Ex-CEO," dated February 16, 2023. |
| Exhibit 7 | *Reuters* article titled "Barclays shares drop after CEO comments on broader sector earnings," dated October 12, 2023. |
| Exhibit 8 | Financial Conduct Authority Decision, dated May 30, 2023 and published October 12, 2023. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 14, 2026, in Los Angeles, California.

/s/ Adam S. Paris

Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorney for Defendants Barclays PLC and Nigel Higgins*