UMHOFER, MITCHELL & KING LLP
MATTHEW DONALD UMHOFER (SBN 206607)
ELIZABETH MITCHELL (SBN 251139)
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: 213/394-7979
matthew@umklaw.com
elizabeth@umklaw.com

WILLIAMS & CONNOLLY LLP
BRENDAN V. SULLIVAN, JR. (admitted *pro hac vice*)
STEPHEN L. WOHLGEMUTH (admitted *pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: 202/434-5800
bsullivan@wc.com
swohlgemuth@wc.com

*Counsel for Defendant James Staley*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BARCLAYS BANK PLC, et al.,<br><br>Defendants. | CASE NO. 2:23-CV-09217-MEMF-KS<br><br>**DEFENDANT JAMES E. STALEY'S JOINDER TO BARCLAYS PLC AND NIGEL HIGGINS'S OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE CLASSES AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hearing Date: December 3, 2026<br>Time: 10:00 AM<br>Courtroom: 8B<br>Hon. Maame Ewusi-Mensah Frimpong |

Defendant James E. Staley joins in Barclays PLC and Nigel Higgins's Opposition to Plaintiffs' Motion to Certify the Classes and Memorandum of Points and Authorities in support thereof, Dkt. No. 174, and hereby adopts and incorporates the arguments set forth therein. Accordingly, this Court should deny Plaintiffs' Motion to Certify the Classes.

DATE: September 14, 2026 UMHOFER, MITCHELL & KING LLP

By: *s/ Elizabeth A. Mitchell*
Matthew Donald Umhofer
Elizabeth A. Mitchell

WILLIAMS & CONNOLLY LLP

Brendan V. Sullivan, Jr. (admitted *pro hac vice*)
Stephen L. Wohlgemuth (admitted *pro hac vice*)

*Counsel for Defendant James E. Staley*