Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
Jason P. Barnes (SBN # 331621)
(barnesjas@sullcrom.com)
Stephen H. Clarke (*pro hac vice*)
(clarkest@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3558

[ADDITIONAL COUNSEL ON SIGNATURE BLOCK]

*Attorneys for Defendants Barclays PLC & Nigel Higgins*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEPHEN MERRITT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

BARCLAYS PLC, JAMES E. STALEY, and NIGEL HIGGINS,

Defendants.

Case No. 2:23-cv-09217-MEMF-KS

**DEFENDANTS BARCLAYS PLC'S AND NIGEL HIGGINS' NOTICE OF REQUEST TO CROSS-EXAMINE STEVEN P. FEINSTEIN PURSUANT TO LOCAL RULE 7-8**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-8 of the United States District Court for the Central District of California, Defendants Barclays PLC and Nigel Higgins, through their undersigned counsel, hereby request that Plaintiff produce its class certification expert, Dr. Steven P. Feinstein, at the hearing on Plaintiffs' Motion to Certify the Classes, Appoint Class Representatives, and Appoint Class Counsel scheduled for Thursday, December 3, 2026 at 10:00 AM in courtroom 8B of the Felicitas and Gonzalo Mendez United States Courthouse at 350 W 1st St, Los Angeles, CA 90012.

In support of Plaintiffs' Motion to Certify the Classes, Appoint Class Representatives, and Appoint Class Counsel, Professor Feinstein has submitted two written reports totaling 159 pages. (*See* ECF Nos. 127-3, 181-1.) Plaintiff heavily relies on the opinions expressed by Dr Feinstein in those reports to satisfy its burden under Rule 23 to prove that certification is warranted. (*See* ECF Nos. 126, 180.) Defendants seek to cross-examine Dr. Feinstein at the December 3 hearing regarding the written opinions that he has offered in this matter.

This request is proper pursuant to Local Rule 7-8 as it is made at least 14 days prior to the December 3 hearing on Plaintiffs' Motion to Certify the Classes, Appoint Class Representatives, and Appoint Class Counsel and has been served electronically on counsel of record for all parties.

Dated: November 13, 2026

/s/ *Adam S. Paris*

Adam S. Paris (SBN # 190693)
(parisa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Jeffrey T. Scott (*pro hac vice*)
(scottj@sullcrom.com)
Matthew J. Porpora (*pro hac vice*)
(porporam@sullcrom.com)
Jason P. Barnes (SBN # 331621)
(barnesjas@sullcrom.com)
Stephen H. Clarke (*pro hac vice*)
(clarkest@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3558

Peter B. Morrison (SBN # 230148)
(peter.morrison@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Scott D. Musoff (*pro hac vice*)
(scott.musoff@skadden.com)
Boris Bershteyn (*pro hac vice*)
(boris.bershteyn@skadden.com)
Lara A. Flath (*pro hac vice*)
(lara.flath@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendants Barclays PLC & Nigel Higgins*